UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

iXL CAPITAL INC

  Vs.                                            CASE NO. 3:01CV2051(CFD)

GE CAPITAL CORP.
GENERAL ELECTRIC CAPITAL ASSURANCE
GENERAL ELECTRIC PENSION TRUST
GE CAPITAL EQUITY INVESTMENTS, INC.

**NOTICE TO COUNSEL**

     The above-entitled case was reported to the Court on October 10, 2003 to be settled.  Under Local Rule 16(b), a matter reported to be settled is to be dismissed if closing papers are not filed.

     Accordingly, a judgment will be entered on November 24, 2003, unless closing papers are filed on or before that date, or unless counsel reports prior to that date that the case is not in fact to be settled.

     It is so ordered.

     Dated at Hartford, Connecticut this 12th day of November, 2003.

                                              KEVIN F. ROWE, CLERK

                                              BY _____
                                                  Devorah Johnson
                                                  Deputy Clerk

EOD_____