UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
HARTFORD DIVISION

---------------------------------------------x
:
iXL ENTERPRISES, INC.,                        :   CASE NO. 3: 01:CV2051 (CFD)
           Plaintiff        :
v.                                            :
                                    :
GE CAPITAL CORP, ET AL,                       :
           Defendant        :   November 21, 2003
---------------------------------------------x

## **MOTION FOR EXTENSION OF TIME**

The plaintiff, iXL Enterprises, Inc., ("iXL") requests an additional 30 days, until December 24, 2003, to submit closing papers in settlement of the above-captioned action and in response to the Court's November 12, 2003 Notice to Counsel. The Notice to Counsel indicates that this matter will be dismissed pursuant to Local Rule 16(b) unless closing papers are filed by November 24, 2003, or unless counsel report prior to that date that the case is not in fact settled. iXL and the defendants GE Capital Corp., General Electric Capital Assurance, General Electric Pension Trust, GE Capital Equity Investments, Inc. (the "GE Defendants") have reached agreement on the primary terms of a settlement agreement in this matter, however, certain details remain unresolved. Additionally, iXL is a bankruptcy debtor in a case before the United States Bankruptcy Court for the Southern District of New York; as such iXL must submit the settlement agreement for review by iXL's bankruptcy counsel and counsel for the Official Committee of Unsecured Creditors. Receiving the additional input and approvals has contributed to the delay in completing the settlement. It is the hope and expectation that these final provisions of the settlement will be worked out within the next thirty days. On November 21, 2003, the undersigned contacted James Bliss, counsel for the GE Defendants, who stated that he had no objection to the granting of this motion.

Wherefore iXL requests that this motion be granted.

                IXL ENTERPRISES, INC.,

By: _____
Douglas S. Skalka (CT 00616)
James A. Lenes (CT 10408)
Neubert, Pepe & Monteith, P.C.
195 Church Street, 13th Floor
New Haven, CT 06510
Telephone No.: 203-821-2000

## CERTIFICATION

This is to certify that the attached has been sent via first-class United States mail, postage prepaid, on November 21, 2003 to:

John S. McGeeney
James R. Bliss
Paul, Hastings, Janofsky & Walker
1055 Washington Blvd., 9th Fl.
Stamford, CT 06901


Robert A. Horowitz
Greenberg Traurig, LLP
885 Third Ave.
21st Floor
New York, NY 10022

By: _____
James A. Lenes