UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
HARTFORD DIVISION

---------------------------------x
iXL ENTERPRISES, INC.,            :
                Plaintiff :    CASE NO. 3:01CV2051 (CFD)
v.                                :
                                  :
GE CAPITAL CORP, ET AL,           :
                Defendant :    December 22, 2003
---------------------------------x

## MOTION FOR EXTENSION OF TIME

The plaintiff, iXL Enterprises, Inc., ("iXL") requests an additional 30 days, until January 26, 2003, to submit closing papers in settlement of the above-captioned action and in response to the Court's November 12, 2003 Notice to Counsel. The Notice to Counsel indicated that this matter would be dismissed pursuant to Local Rule 16(b) unless closing papers are filed by November 24, 2003, or unless counsel report prior to that date that the case is not in fact settled. Previously, that deadline was extended to December 24, 2003. iXL and the defendants GE Capital Corp., General Electric Capital Assurance, General Electric Pension Trust, GE Capital Equity Investments, Inc. (the "GE Defendants") have reached agreement on the terms of a settlement agreement in this matter, the provisions of which are nearly complete. Once complete, iXL, a bankruptcy debtor in a case before the United States Bankruptcy Court for the Southern District of New York, must request authority from the Bankruptcy Court to enter into the settlement. It is the hope and expectation that the settlement will be completed and authority from the Bankruptcy Court will be received within thirty days. On December 17, 2003, the undersigned contacted James Bliss, counsel for the GE Defendants, to inquire whether he objected to the granting of this motion. Despite additional efforts, the undersigned has been

unable to ascertain his position on this motion. This is the second extension requested with respect to this time limitation.

Wherefore iXL requests that this motion be granted.

IXL ENTERPRISES, INC.,

By: _____
Douglas S. Skalka (CT 00616)
James A. Lenes (CT 10408)
Neubert, Pepe & Monteith, P.C.
195 Church Street, 13th Floor
New Haven, CT 06510
Telephone No.: 203-821-2000

## CERTIFICATION

This is to certify that the attached has been sent via first-class United States mail, postage prepaid, on December 22, 2003 to:

John S. McGeeney
James R. Bliss
Paul, Hastings, Janofsky & Walker
1055 Washington Blvd., 9th Fl.
Stamford, CT 06901

Robert A. Horowitz
Greenberg Traurig, LLP
885 Third Ave.
21st Floor
New York, NY 10022

By: _____
Douglas S. Skalka