IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF CONNECTICUT

```
------------------------------------   x
ARON ROSENBERG,                        :
                                       :
            Plaintiff,                 :   Civil Action No.
                                       :   3:01 CV 2051 (CFD)
    - against -                        :
                                       :
GE CAPITAL EQUITY INVESTMENTS, INC.,   :
GENERAL ELECTRIC PENSION TRUST,        :
GENERAL ELECTRIC CAPITAL CORPORATION,  :
GENERAL ELECTRIC CAPITAL ASSURANCE     :
COMPANY, MELLON VENTURES II, L.P.,     :
THOMSON U.S., INC.                     :
and iXL ENTERPRISES, INC.,             :
                                       :
            Defendants.                :
---------------------------------------x   January 6, 2004
```

**MOTION FOR WITHDRAWAL OF APPEARANCE**

Pursuant to Rule 7(e) of the Local Rules of Civil Procedure, the undersigned hereby moves for leave to withdraw Margaret E. Haering as counsel of record for plaintiff, as she has separated from the law firm of Hurwitz & Sagarin, LLC.  J. Daniel Sagarin and David A. Slossberg continue to represent the plaintiff and no hardship will be caused by this withdrawal.

```
                              By: _____
                              J. Daniel Sagarin CT04289
                              David A. Slossberg CT13116
                              HURWITZ & SAGARIN, LLC
                              147 North Broad Street
                              Milford, Connecticut 06460
                              Telephone: 203-877-8000
```

1

OF COUNSEL:

Jack G. Fruchter
Mitchell M.Z. Twersky
FRUCHTER & TWERSKY
1 Penn Plaza, Suite 1910
New York, NY 10119
Telephone: (212) 279-5050
Facsimile: (212) 279-3655


Jeffrey S. Abraham
ABRAHAM & PASKOWITZ
1 Penn Plaza, Suite 1910
New York, NY 10119
Telephone: (212) 714-2444
Facsimile: (212) 279-3655

## Certificate of Service

    This is to certify that a copy of the foregoing was mailed, first class mail, to

J. Steve McGeeney, Esq.
James R. Bliss, Esq.
1055 Washington Boulevard
Stamford, CT  06901

Alfred U. Pavlis, Esq.
Daly & Pavlis, LLC
107 John Street
Southport, CT  06490

Arthur S. Greenspan, Esq.
Lee S. Richards, III, Esq.
Richards Spears Kibbe & Orbe
One Chase Manhattan Plaza
New York, NY 10005

Margaret E. Haering, Esq.
61 Center Street
Westport, CT  06880

Kerry R. Callahan, Esq.
Updike, Kelly & Spellacy, P.C.
One State Street
P.O. Box 231277
Hartford, CT 06123-1277

Robert A. Horowitz, Esq.
Greenberg Traurig, LLP
885 Third Avenue
New York, NY 10022

on January 6, 2004.

                                                _____
                                                J. Daniel Sagarin

(No pro hac or appearances filed - send ccs)

Miranda Schiller, Esq.
Weil Gotshal & Manges LLP
767 Fifth Avenue
New York, NY  10153

James Rittinger, Esq.
Satterlee Stevens Burke & Burke
230 Park Avenue
New York, NY 10169