UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
HARTFORD DIVISION

---------------------------------x
iXL ENTERPRISES, INC., :
    Plaintiff :   CASE NO. 3:01:CV2051 (CFD)
v. :
 :
GE CAPITAL CORP, ET AL, :
    Defendant :   December 22, 2003
---------------------------------x

## MOTION FOR EXTENSION OF TIME

The plaintiff, iXL Enterprises, Inc., ("iXL") requests an additional 30 days, until January 26, 2003, to submit closing papers in settlement of the above-captioned action and in response to the Court's November 12, 2003 Notice to Counsel. The Notice to Counsel indicated that this matter would be dismissed pursuant to Local Rule 16(b) unless closing papers are filed by November 24, 2003, or unless counsel report prior to that date that the case is not in fact settled. Previously, that deadline was extended to December 24, 2003. iXL and the defendants GE Capital Corp., General Electric Capital Assurance, General Electric Pension Trust, GE Capital Equity Investments, Inc. (the "GE Defendants") have reached agreement on the terms of a settlement agreement in this matter, the provisions of which are nearly complete. Once complete, iXL, a bankruptcy debtor in a case before the United States Bankruptcy Court for the Southern District of New York, must request authority from the Bankruptcy Court to enter into the settlement. It is the hope and expectation that the settlement will be completed and authority from the Bankruptcy Court will be received within thirty days. On December 17, 2003, the undersigned contacted James Bliss, counsel for the GE Defendants, to inquire whether he objected to the granting of this motion. Despite additional efforts, the undersigned has been

GRANTED. It is so ordered.
Christopher F. Droney, U.S.D.J.
Hartford, CT