UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---------------------------------------------------------------------x
ARON ROSENBERG,                                     :
                                                    :
        Plaintiff,                               :    Civil Action No.
                                                    :    3:01 CV 2051 (CFD)
  - against -                                       :
                                                    :
GE CAPITAL EQUITY INVESTMENTS, INC.,                :
GENERAL ELECTRIC PENSION TRUST,                     :
GENERAL ELECTRIC CAPITAL CORPORATION,               :
GENERAL ELECTRIC CAPITAL ASSURANCE                  :
COMPANY, MELLON VENTURES II, L.P.,                  :
THOMSON U.S., INC.                                  :
and iXL ENTERPRISES, INC.,                          :
                                                    :
        Defendants.                              :    January 7, 2004
                                                    x

## MOTION FOR ADMISSION OF VISITING ATTORNEY
## <u>JACK G. FRUCHTER</u>

J. Daniel Sagarin, a member in good standing of the bar of this Court, respectfully moves pursuant to Local Rule 83.1(d) for permission to allow Jack G. Fruchter to represent the plaintiff in the above-captioned matter for all pretrial and trial purposes.

    1.    Visiting lawyer Fruchter is a partner with the firm of Fruchter & Twersky, with an office at One Penn Plaza, New York, New York 10019.

    2.    He is admitted to the bars of the State of New York, the United States District Courts for the Eastern and Southern Districts of New York, and the United States Courts of Appeals for the Third and Eleventh Circuits.

3.    Attorney Fruchter has not been denied admission or disciplined in accordance with Rule 83.2 of the Local Rules, nor has he been denied admission or disciplined by any other Court.

4.    A check for $25.00 accompanies this motion.

5.    Service of all papers shall be made upon J. Daniel Sagarin or David A. Slossberg, at Hurwitz & Sagarin, LLC, 147 North Broad Street, Milford, CT 06460.

                    THE PLAINTIFF

By: _____
     J. Daniel Sagarin CT 04289
     David A. Slossberg CT 13116
     Hurwitz & Sagarin, LLC
     147 N. Broad Street
     Milford, CT 06560
     Telephone: 203-877-8000
     Facsimile: 203-878-9800

CERTIFICATE OF SERVICE

      This is to certify that a copy of the foregoing was mailed, first class mail, on January 7, 2004 to:

J. Steve McGeeney, Esq.
James R. Bliss, Esq.
1055 Washington Boulevard
Stamford, CT  06901

Alfred U. Pavlis, Esq.
Daly & Pavlis, LLC
107 John Street
Southport, CT  06490

Arthur S. Greenspan, Esq.
Lee S. Richards, III, Esq.
Richards Spears Kibbe & Orbe
One Chase Manhattan Plaza
New York, NY 10005

Kerry R. Callahan, Esq.
Updike, Kelly & Spellacy, P.C.
One State Street
P.O. Box 231277
Hartford, CT 06123-1277

Robert A. Horowitz, Esq.
Greenberg Traurig, LLP
885 Third Avenue
New York, NY 10022

                                                _____
                                                J. Daniel Sagarin

(No pro hac or appearances filed - send ccs)

Miranda Schiller, Esq.
Weil Gotshal & Manges LLP
767 Fifth Avenue
New York, NY  10153

James Rittinger, Esq.
Satterlee Stevens Burke & Burke
230 Park Avenue
New York, NY 10169