IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF CONNECTICUT

-----------------------------------------------------------------x
ARON ROSENBERG,

                Plaintiff,                Civil Action No.
                                                     3:01 CV 2051 (CFD)

  - against -

GE CAPITAL EQUITY INVESTMENTS, INC.,
GENERAL ELECTRIC PENSION TRUST,
GENERAL ELECTRIC CAPITAL CORPORATION,
GENERAL ELECTRIC CAPITAL ASSURANCE
COMPANY, MELLON VENTURES, THOMSON
U.S., INC. and iXL ENTERPRISES, INC.,

                Defendants.             January 6, 2004
-----------------------------------------------------------------x

**AFFIDAVIT OF JACK FRUCHTER IN SUPPORT OF
MOTION PRO HAC VICE**

STATE OF NEW YORK    )
                                 ) ss.
COUNTY OF NEW YORK  )

    I, Jack Fruchter, under penalty of perjury, state as follows:

    1    I am a partner of the firm Fruchter and Twersky, with an office at One Penn Plaza, Suite 1910, New York, New York 10119.

    2    I am a member in good standing of the bars of the State of New York and, the United States District Court for the Eastern and Southern Districts of New York, and the United States Court of Appeals for the Third and Eleventh Circuits.

    3    I have not been denied admission or disciplined by the United States District Court for the District of Connecticut, and I have not been denied admission or disciplined by any

other court.

    4    I make this affidavit in support of the motion for my admission <u>pro hac vice</u> to permit me to represent plaintiffs as visiting counsel in connection with the above captioned action.

_____
Jack G. Fruchter

Subscribed and sworn to before me,
this 6th Day of January, 2004.

_____
Notary Public

MITCHELL M. Z. T...
Notary Public, State of New York
No. 02...
Qualified in New York County
Commission Expires July 13, 2006