01CV2051 mtnwd atty



IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF CONNECTICUT

Counsel to colored MD 1/6/04

```
------------------------------------x
ARON ROSENBERG,                     :
                                    :
            Plaintiff,              :   Civil Action No.
                                    :   3:01 CV 2051 (CFD)
       - against -                  :
                                    :
GE CAPITAL EQUITY INVESTMENTS, INC.,:
GENERAL ELECTRIC PENSION TRUST,     :
GENERAL ELECTRIC CAPITAL CORPORATION,:
GENERAL ELECTRIC CAPITAL ASSURANCE  :
COMPANY, MELLON VENTURES II, L.P.,  :
THOMSON U.S., INC.                  :
and iXL ENTERPRISES, INC.,          :
                                    :
            Defendants.             :
------------------------------------x   January 6, 2004
```



## MOTION FOR WITHDRAWAL OF APPEARANCE

Pursuant to Rule 7(e) of the Local Rules of Civil Procedure, the undersigned hereby moves for leave to withdraw Margaret E. Haering as counsel of record for plaintiff, as she has separated from the law firm of Hurwitz & Sagarin, LLC. J. Daniel Sagarin and David A. Slossberg continue to represent the plaintiff and no hardship will be caused by this withdrawal.

By: _____
J. Daniel Sagarin CT04289
David A. Slossberg CT13116
HURWITZ & SAGARIN, LLC
147 North Broad Street
Milford, Connecticut 06460
Telephone: 203-877-8000

FILED 2004 JAN 20 A 7 49 U.S. DISTRICT COURT HARTFORD, CT.

1