UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT         FILED
HARTFORD DIVISION

---------------------------------x
:                                    2004 JAN 21  P 1:30
iXL ENTERPRISES, INC.,           :   CASE NO. 3: 01:CV2051 (CFD)
                    Plaintiff    :   U.S. DISTRICT COURT
v.                               :   HARTFORD, CT.
                                 :
GE CAPITAL CORP, ET AL,          :
                    Defendant    :   January 20, 2004
---------------------------------x

## MOTION FOR EXTENSION OF TIME

The plaintiff, iXL Enterprises, Inc., ("iXL") requests an additional 14 days, until February 9, 2004, to submit closing papers in settlement of the above-captioned action and in response to the Court's November 12, 2003 Notice to Counsel. The Notice to Counsel indicated that this matter would be dismissed pursuant to Local Rule 16(b) unless closing papers are filed by November 24, 2003, or unless counsel report prior to that date that the case is not in fact settled. Previously, that deadline was extended to January 26, 2004. iXL and the defendants GE Capital Corp., General Electric Capital Assurance, General Electric Pension Trust, GE Capital Equity Investments, Inc. (the "GE Defendants") have reached agreement on the terms of a settlement agreement in this matter. Nevertheless, iXL, a bankruptcy debtor in a case before the United States Bankruptcy Court for the Southern District of New York, must request authority from the Bankruptcy Court to enter into the settlement. A hearing requesting such authority is scheduled for January 28, 2004. It is iXL's expectation that the Bankruptcy Court will provide such authority and that settlement papers may be filed shortly thereafter. On January 16, 2004, the undersigned spoke to James Bliss, counsel for the GE Defendants, to inquire whether he objected to the granting of this motion. Mr. Bliss indicated that he had no objection to the granting of this motion. This is the third extension requested with respect to this time limitation.

Wherefore iXL requests that this motion be granted.

                                          IXL ENTERPRISES, INC.,

By: _____
Douglas S. Skalka (CT 00616)
James A. Lenes (CT 10408)
Neubert, Pepe & Monteith, P.C.
195 Church Street, 13th Floor
New Haven, CT 06510
Telephone No.: 203-821-2000

## CERTIFICATION

This is to certify that the attached has been sent via first-class United States mail, postage prepaid, on January 20, 2004 to:

John S. McGeeney
James R. Bliss
Paul, Hastings, Janofsky & Walker
1055 Washington Blvd., 9th Fl.
Stamford, CT 06901


Robert A. Horowitz
Greenberg Traurig, LLP
885 Third Ave.
21st Floor
New York, NY 10022

By: _____
James A. Lenes