```
             IN THE UNITED STATES DISTRICT COURT
               FOR THE DISTRICT OF CONNECTICUT

------------------------------------x
ARON ROSENBERG,                     :
                                    :
           Plaintiff,               :   Civil Action No.
                                    :   3:01 CV 2051 (CFD)
    - against -                     :
                                    :
GE CAPITAL EQUITY INVESTMENTS,      :
INC., et al                         :
           Defendants.              :   January 21, 2004
------------------------------------x
```

## MOTION TO STAY ANY CONSIDERATION OF SETTLEMENT

The plaintiff Aron Rosenberg for the reasons set forth in the accompanying motions to intervene and to set aside and the affidavits and reasons set forth therein, moves for an Order of this Court staying any consideration of any settlement of the underlying claims and precluding present plaintiff and defendants from concluding any settlement pending further order of this court.

                                              Respectfully submitted,

                                              Aron Rosenberg

                                              By: _____
                                              J. Daniel Sagarin CT04289
                                              David A. Slossberg CT13116
                                              HURWITZ & SAGARIN, LLC
                                              147 North Broad Street
                                              Milford, Connecticut 06460
                                              Telephone: 203-877-8000

OF COUNSEL:

Jack G. Fruchter
Mitchell M.Z. Twersky
FRUCHTER & TWERSKY
1 Penn Plaza, Suite 1910
New York, NY 10119
Telephone: (212) 279-5050
Facsimile: (212) 279-3655


Jeffrey S. Abraham
ABRAHAM & ASSOCIATES
1 Penn Plaza, Suite 1910
New York, NY 10119
Telephone: (212) 714-2444
Facsimile: (212) 279-3655

<u>Certificate of Service</u>

This is to certify that a copy of the foregoing was sent by facsimile and overnight mail on January 22, 2004 to

J. Steve McGeeney, Esq.
James R. Bliss, Esq.
1055 Washington Boulevard
Stamford, CT  06901

James A. Lenes, Esq.
Neubert, Pepe & Monteith,  P.C.
195 Church St., 13th Floor
New Haven, CT  06510

Robert A. Horowitz, Esq.
Greenberg Traurig, LLP
885 Third Avenue
21ST Floor
New York, NY 10022

Jack G. Fruchter, Esq.
Mitchell M.Z. Twersky
FRUCHTER & TWERSKY
1 Penn Plaza, Suite 1910
New York, NY 10119

Jeffrey S. Abraham, Esq.
ABRAHAM & ASSOCIATES
1 Penn Plaza, Suite 1910
New York, NY 10119

_____
J. Daniel Sagarin