IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

```
------------------------------------x
ARON ROSENBERG,                     :
                                    :
          Plaintiff,                :    Civil Action No.
                                    :    3:01 CV 2051 (CFD)
     - against -                    :
                                    :
GE CAPITAL EQUITY INVESTMENTS,      :
INC., et al                         :
          Defendants.               :    January 21, 2004
------------------------------------x
```

## MOTION TO INTERVENE

The plaintiff, Aron Rosenberg, has filed a motion for relief from any order of this Court dated September 8, 2003, granting "absent objection" the motion of iXL Enterprises, Inc. ("iXL") to be substituted as a plaintiff.

Since the present state of the record indicates that that motion has been granted, plaintiff moves to intervene pursuant to Rules 24(a) and 24(b) of the Federal Rules of Civil Procedure for the reasons set forth in the Rule 60 motion. In addition, plaintiff contends that it is he and his counsel who have brought this case to the attention of the court, who have pursued it, who have briefed it, and who have successfully defended a motion to dismiss.

Furthermore, Aron Rosenberg believes that any proposed settlement must be collusive in nature. Accordingly, he moves to intervene in order to protect the rights of

shareholders, like himself, of iXL and to pursue the Federal statutory claim which he initially filed.

                                        Respectfully submitted,

                                        Aron Rosenberg

                                        By: _____
                                        J. Daniel Sagarin CT04289
                                        David A. Slossberg CT13116
                                        HURWITZ & SAGARIN, LLC
                                        147 North Broad Street
                                        Milford, Connecticut 06460
                                        Telephone: 203-877-8000

OF COUNSEL:

Jack G. Fruchter
Mitchell M.Z. Twersky
FRUCHTER & TWERSKY
1 Penn Plaza, Suite 1910
New York, NY 10119
Telephone: (212) 279-5050
Facsimile: (212) 279-3655


Jeffrey S. Abraham
ABRAHAM & ASSOCIATES
1 Penn Plaza, Suite 1910
New York, NY 10119
Telephone: (212) 714-2444
Facsimile: (212) 279-3655

<u>Certificate of Service</u>

This is to certify that a copy of the foregoing was mailed, first class mail, on January __, 2004

J. Steve McGeeney, Esq.
James R. Bliss, Esq.
1055 Washington Boulevard
Stamford, CT  06901

James A. Lenes, Esq.
Neubert, Pepe & Monteith,  P.C.
195 Church St., 13th Floor
New Haven, CT  06510

Robert A. Horowitz, Esq.
Greenberg Traurig, LLP
885 Third Avenue
21ST Floor
New York, NY 10022

Jack G. Fruchter, Esq.
Mitchell M.Z. Twersky
FRUCHTER & TWERSKY
1 Penn Plaza, Suite 1910
New York, NY 10119

Jeffrey S. Abraham, Esq.
ABRAHAM & ASSOCIATES
1 Penn Plaza, Suite 1910
New York, NY 10119

```
                                _____
                                J. Daniel Sagarin
```