IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

```
------------------------------------x
ARON ROSENBERG,                     :
                                    :
                 Plaintiff,         :    Civil Action No.
                                    : 3:01 CV 2051 (CFD)
     - against -                    :
                                    :
GE CAPITAL EQUITY INVESTMENTS,      :
INC., et al                         :
                 Defendants.        : January 21, 2004
------------------------------------x
```

## AFFIDAVIT OF DAVID A. SLOSSBERG IN SUPPORT OF MOTION FOR RELIEF FROM ORDER

I, David A. Slossberg, being duly sworn, hereby depose and say:

1.    I am over the age of eighteen and understand the obligations of an oath.  I am a member of the firm Hurwitz & Sagarin and counsel for former plaintiff Aron Rosenberg in this matter.

2.    I spoke with Margaret Haering, who previously handled this matter, on January 20, 2004.  Ms. Haering said she had no knowledge of the Motion to Substitute and that it came in while she was on vacation.

_____
David A. Slossberg

Subscribed and sworn to
before me this     day of
January, 2004.


_____
 Commissioner of the
 Superior Court

<u>Certificate of Service</u>

     This is to certify that a copy of the foregoing was mailed, first class mail, on January \_\_\_, 2004

J. Steve McGeeney, Esq.
James R. Bliss, Esq.
1055 Washington Boulevard
Stamford, CT  06901

James A. Lenes, Esq.
Neubert, Pepe & Monteith,  P.C.
195 Church St., 13th Floor
New Haven, CT  06510

Robert A. Horowitz, Esq.
Greenberg Traurig, LLP
885 Third Avenue
21ST Floor
New York, NY 10022

Jack G. Fruchter, Esq.
Mitchell M.Z. Twersky
FRUCHTER & TWERSKY
1 Penn Plaza, Suite 1910
New York, NY 10119

Jeffrey S. Abraham, Esq.
ABRAHAM & ASSOCIATES
1 Penn Plaza, Suite 1910
New York, NY 10119


                _____
                David A. Slossberg