UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

------------------------------------------------------------x
ARON ROSENBERG, :
:
        Plaintiff, : Civil Action No.
: 3:01 CV 2051 (CFD)
  - against - :
:
GE CAPITAL EQUITY INVESTMENTS, INC., :
GENERAL ELECTRIC PENSION TRUST, :
GENERAL ELECTRIC CAPITAL CORPORATION, :
GENERAL ELECTRIC CAPITAL ASSURANCE :
COMPANY, MELLON VENTURES II, L.P., :
THOMSON U.S., INC. :
and iXL ENTERPRISES, INC., :
:
        Defendants. : January 7, 2004
                                                        x

## MOTION FOR ADMISSION OF VISITING ATTORNEY
## JEFFREY ABRAHAM

J. Daniel Sagarin, a member in good standing of the bar of this Court, respectfully moves pursuant to Local Rule 83.1(d) for permission to allow Jeffrey Abraham to represent the plaintiff in the above-captioned matter for all pretrial and trial purposes.

    1.     Visiting lawyer Abraham is a partner with the firm of Abraham & Associates, with an office at One Penn Plaza, New York, New York 10019.

    2.     He is admitted to the bars of the State of New York, the United States District Courts for the Southern and Eastern Districts of New York, and the United States Courts of Appeals for the Second, Third, Seventh, Ninth, Tenth and Eleventh Circuits.

3. Attorney Abraham has not been denied admission or disciplined in accordance with Rule 83.2 of the Local Rules, nor has he been denied admission or disciplined by any other Court.

4. A check for $25.00 accompanies this motion.

5. Service of all papers shall be made upon J. Daniel Sagarin or David A. Slossberg at Hurwitz & Sagarin, LLC, 147 North Broad Street, Milford, CT 06460.

THE PLAINTIFF

By: _____
J. Daniel Sagarin CT 04289
David A. Slossberg CT 13116
Hurwitz & Sagarin, LLC
147 N. Broad Street
Milford, CT 06560
Telephone: 203-877-8000
Facsimile: 203-878-9800

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing was mailed, first class mail, on January 7, 2004 to:

J. Steve McGeeney, Esq.
James R. Bliss, Esq.
1055 Washington Boulevard
Stamford, CT 06901

Alfred U. Pavlis, Esq.
Daly & Pavlis, LLC
107 John Street
Southport, CT 06490

Arthur S. Greenspan, Esq.
Lee S. Richards, III, Esq.
Richards Spears Kibbe & Orbe
One Chase Manhattan Plaza
New York, NY 10005

Kerry R. Callahan, Esq.
Updike, Kelly & Spellacy, P.C.
One State Street
P.O. Box 231277
Hartford, CT 06123-1277

Robert A. Horowitz, Esq.
Greenberg Traurig, LLP
885 Third Avenue
New York, NY 10022

_____
J. Daniel Sagarin

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF CONNECTICUT

-----------------------------------------------------------------x

ARON ROSENBERG,

                Plaintiff,                Civil Action No.
                                                 3:01 CV 2051 (CFD)

  - against -

GE CAPITAL EQUITY INVESTMENTS, INC.,
GENERAL ELECTRIC PENSION TRUST,
GENERAL ELECTRIC CAPITAL CORPORATION,
GENERAL ELECTRIC CAPITAL ASSURANCE
COMPANY, MELLON VENTURES, THOMSON
U.S., INC. and iXL ENTERPRISES, INC.,

                Defendants.             January 6, 2004

-----------------------------------------------------------------x

## AFFIDAVIT OF JEFFREY ABRAHAM IN SUPPORT OF MOTION PRO HAC VICE

STATE OF NEW YORK    )
                             ) ss.
COUNTY OF NEW YORK  )

    I, Jeffrey Abraham, under penalty of perjury, state as follows:

    1    I am the principal of the firm of Abraham & Associates, with an office at One Penn Plaza, Suite 1910, New York, New York 10119.

    2    I am a member in good standing of the bars of the State of New York and the United States District Court for the Southern and Eastern Districts of New York, and the United States Court of Appeals for the Second, Third, Seventh, Ninth, Tenth and Eleventh Circuits.

    3    I have not been denied admission or disciplined by the United States District Court for the District of Connecticut, and I have not been denied admission or disciplined by any other court.

4    I make this affidavit in support of the motion for my admission <u>pro hac vice</u> to permit me to represent plaintiffs as visiting counsel in connection with the above captioned action.

_____
Jeffrey S. Abraham

Subscribed and sworn to before me,
this 6th Day of January, 2004.

_____
Notary Public

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

-------------------------------------------------------------------x
ARON ROSENBERG, :
: 
          Plaintiff, :   Civil Action No.
:   3:01 CV 2051 (CFD)
  - against - :
:
GE CAPITAL EQUITY INVESTMENTS, INC., :
GENERAL ELECTRIC PENSION TRUST, :
GENERAL ELECTRIC CAPITAL CORPORATION, :
GENERAL ELECTRIC CAPITAL ASSURANCE :
COMPANY, MELLON VENTURES II, L.P., :
THOMSON U.S., INC. :
and iXL ENTERPRISES, INC., :
:
          Defendants. :   January 7, 2004
-------------------------------------------------------------------x

## MOTION FOR ADMISSION OF VISITING ATTORNEY
## <u>JACK G. FRUCHTER</u>

J. Daniel Sagarin, a member in good standing of the bar of this Court, respectfully moves pursuant to Local Rule 83.1(d) for permission to allow Jack G. Fruchter to represent the plaintiff in the above-captioned matter for all pretrial and trial purposes.

1. Visiting lawyer Fruchter is a partner with the firm of Fruchter & Twersky, with an office at One Penn Plaza, New York, New York 10019.

2. He is admitted to the bars of the State of New York, the United States District Courts for the Eastern and Southern Districts of New York, and the United States Courts of Appeals for the Third and Eleventh Circuits.

3.  Attorney Fruchter has not been denied admission or disciplined in accordance with Rule 83.2 of the Local Rules, nor has he been denied admission or disciplined by any other Court.

4.  A check for $25.00 accompanies this motion.

5.  Service of all papers shall be made upon J. Daniel Sagarin or David A. Slossberg, at Hurwitz & Sagarin, LLC, 147 North Broad Street, Milford, CT 06460.

THE PLAINTIFF

By: _____
J. Daniel Sagarin CT 04289
David A. Slossberg CT 13116
Hurwitz & Sagarin, LLC
147 N. Broad Street
Milford, CT 06560
Telephone: 203-877-8000
Facsimile: 203-878-9800

2

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing was mailed, first class mail, on January 7, 2004 to:

J. Steve McGeeney, Esq.
James R. Bliss, Esq.
1055 Washington Boulevard
Stamford, CT 06901

Alfred U. Pavlis, Esq.
Daly & Pavlis, LLC
107 John Street
Southport, CT 06490

Arthur S. Greenspan, Esq.
Lee S. Richards, III, Esq.
Richards Spears Kibbe & Orbe
One Chase Manhattan Plaza
New York, NY 10005

Kerry R. Callahan, Esq.
Updike, Kelly & Spellacy, P.C.
One State Street
P.O. Box 231277
Hartford, CT 06123-1277

Robert A. Horowitz, Esq.
Greenberg Traurig, LLP
885 Third Avenue
New York, NY 10022

_____
J. Daniel Sagarin

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF CONNECTICUT

------------------------------------------------------------x
ARON ROSENBERG,

                Plaintiff,               Civil Action No.
                                                          3:01 CV 2051 (CFD)

- against -

GE CAPITAL EQUITY INVESTMENTS, INC.,
GENERAL ELECTRIC PENSION TRUST,
GENERAL ELECTRIC CAPITAL CORPORATION,
GENERAL ELECTRIC CAPITAL ASSURANCE
COMPANY, MELLON VENTURES, THOMSON
U.S., INC. and iXL ENTERPRISES, INC.,

                Defendants.            January 6, 2004
------------------------------------------------------------x

## AFFIDAVIT OF JACK FRUCHTER IN SUPPORT OF MOTION PRO HAC VICE

STATE OF NEW YORK   )
                                ) ss.
COUNTY OF NEW YORK )

I, Jack Fruchter, under penalty of perjury, state as follows:

1      I am a partner of the firm Fruchter and Twersky, with an office at One Penn Plaza, Suite 1910, New York, New York 10119.

2      I am a member in good standing of the bars of the State of New York and, the United States District Court for the Eastern and Southern Districts of New York, and the United States Court of Appeals for the Third and Eleventh Circuits.

3      I have not been denied admission or disciplined by the United States District Court for the District of Connecticut, and I have not been denied admission or disciplined by any

other court.

4    I make this affidavit in support of the motion for my admission <u>pro hac vice</u> to permit me to represent plaintiffs as visiting counsel in connection with the above captioned action.

_____
Jack G. Fruchter

Subscribed and sworn to before me,
this 6th Day of January, 2004.

_____
Notary Public