UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
------------------------------------------------------------------------ x
ARON ROSENBERG,                                                          :   Civil Action No.
                                                                         :   3:01 CV2051 (CFD)
              Plaintiff,                                               :
                                                                         :
  - against -                                                           :
                                                                         :
GE CAPITAL EQUITY INVESTMENTS, INC.,                                     :   March 14, 2003
GENERAL ELECTRIC PENSION TRUST, GENERAL                                  :
ELECTRIC CAPITAL CORPORATION, GENERAL                                    :
ELECTRIC CAPITAL ASSURANCE COMPANY,                                      :
MELLON VENTURES II, L.P., THOMSON U.S., INC.                             :
and iXL ENTERPRISES, INC.,                                               :
                                                                         :
              Defendants.                                              :
------------------------------------------------------------------------ x

## JOINT MOTION FOR EXTENSION OF TIME

Pursuant to Local Rule of Civil Procedure 9(b), the parties hereby jointly move for a two-week extension of time in which to file letter-briefs addressing whether this action has been automatically stayed by virtue of the bankruptcy of iXL Enterprises, Inc., as requested by the Court during the status conference on March 4, 2003. Within the last few days, the parties have entered into serious discussions which could lead to a resolution of this matter, and would respectfully request another two weeks in which to pursue those discussions without having to prepare and file letter-briefs on the stay issue.

Respectfully submitted,

HURWITZ & SAGARIN, LLC

By: _____
    Margaret E. Haering (ct10818)
    147 North Broad Street
    Milford, Connecticut 06460
    Telephone: (203) 877-8000

Attorneys for the Plaintiff


PAUL, HASTINGS, JANOFSKY
& WALKER LLP


By: _____
    John S. McGeeney (ct05926)
    James R. Bliss (ct17499)
    1055 Washington Boulevard
    Stamford, Connecticut 06901
    Telephone: (203) 961-7400

OF COUNSEL:

    WEIL, GOTSHAL & MANGES LLP
    Irwin H. Warren
    Miranda S. Schiller
    767 Fifth Avenue
    New York, New York 10153-0119
    Telephone: (212) 310-8000

Attorneys for GE Capital Equity Investments, Inc., General Electric Pension Trust, General Electric Capital Corporation and General Electric Capital Assurance Company

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing was sent on March 14, 2003 via pre-paid U. S. Mail to counsel of record, as follows:

>Jack G. Fruchter
>Mitchell M.Z. Twersky
>FRUCHTER & TWERSKY
>1 Penn Plaza, Suite 1910
>New York, New York 10119
>
>Jeffrey S. Abraham
>ABRAHAM & PASKOWITZ
>1 Penn Plaza, Suite 1910
>New York, New York 10119

_____
James R. Bliss

STM/216007.1