UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
------------------------------------------------------------------ x
ARON ROSENBERG,                                           :    CIVIL ACTION NO.
                                                          :    3:01 CV2051 (CFD)
                          Plaintiff,    :
                                                          :
      - against -                                       :
                                                          :
GE CAPITAL EQUITY INVESTMENTS, INC.,                      :    May 30, 2002
GENERAL ELECTRIC PENSION TRUST, GENERAL                   :
ELECTRIC CAPITAL CORPORATION, GENERAL                     :
ELECTRIC CAPITAL ASSURANCE COMPANY,                       :
MELLON VENTURES II, L.P., THOMSON U.S., INC.              :
and iXL ENTERPRISES, INC.,                                :
                                                          :
                         Defendants,   :
------------------------------------------------------------------ x

## GE DEFENDANTS' MOTION ON CONSENT FOR EXTENSION OF TIME TO FILE REPLY MEMORANDUM

Pursuant to Rule 9(b) of the Local Rules of Civil Procedure, the GE Defendants respectfully move for an extension of time until July 1, 2002 to file a reply memorandum in further support of their motion to dismiss the Complaint. Under the initial Scheduling Order, the plaintiff's opposition was due on April 12 and the defendants' replies were due on April 30. Upon the plaintiff's motion on consent dated April 8, the plaintiff's time to file his opposition was extended to May 9 and the defendants' time to file their replies was extended to June 10. Due to intervening scheduling issues and commitments on other matters, counsel for the GE Defendants (the only defendants remaining in the case) will require additional time to file their reply. Counsel for the plaintiff consents to this request.

WHEREFORE, the GE Defendants respectfully request that their time to file a reply memorandum be extended to July 1, 2002.

Dated: May 30, 2002

                                  PAUL, HASTINGS, JANOFSKY
                                  & WALKER LLP

                                  By: _____
                                  John S. McGeeney (ct05926)
                                  James R. Bliss (ct17499)
                                  1055 Washington Boulevard
                                  Stamford, Connecticut 06901
                                  Telephone: (203) 961-7400

                                  WEIL, GOTSHAL & MANGES LLP
                                  Irwin H. Warren
                                  Miranda S. Schiller
                                  767 Fifth Avenue
                                  New York, New York 10153-0119
                                  Telephone: (212) 310-8000

                                  Attorneys for GE Capital Equity Investments, Inc.,
                                  General Electric Pension Trust, General Electric
                                  Capital Corporation and General Electric Capital
                                  Assurance Company

## CERTIFICATION OF SERVICE

This will certify that, on this 30th day of May, 2002, a copy of the foregoing was sent via pre-paid U.S. mail to the following counsel of record:

HURWITZ & SAGARIN, LLC
J. Daniel Sagarin
Margaret E. Haering
147 North Broad Street
Milford, Connecticut  06460
(203) 877-8000

FRUCHTER & TWERSKY LLP
Mitchell M. Z. Twersky
One Penn Plaza, Suite 1910
New York, New York  10119
(212) 279-3655

Jeffrey S. Abraham
ABRAHAM & ASSOCIATES
One Penn Plaza, Suite 1910
New York, New York  10119
(212) 714-2444

James R. Bliss