UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
-------------------------------------------------------------------- x
ARON ROSENBERG,                                : Civil Action No.
                                               : 3:01 CV2051 (CFD)
        Plaintiff,               :
                                               :
  - against -                                 :
                                               :
GE CAPITAL EQUITY INVESTMENTS, INC.,           : January 29, 2003
GENERAL ELECTRIC PENSION TRUST, GENERAL        :
ELECTRIC CAPITAL CORPORATION, GENERAL          :
ELECTRIC CAPITAL ASSURANCE COMPANY,            :
MELLON VENTURES II, L.P., THOMSON U.S., INC.   :
and iXL ENTERPRISES, INC.,                     :
                                               :
        Defendants.              :
-------------------------------------------------------------------- x

## MOTION ON CONSENT FOR CONTINUANCE

Pursuant to Local Rule of Civil Procedure 9(b), and with the consent of plaintiff's counsel, defendants GE Capital Equity Investments, Inc., General Electric Pension Trust, General Electric Capital Corporation and General Electric Capital Assurance Company (the "GE Defendants") hereby move that oral argument on their Motion to Dismiss the Complaint, currently scheduled for February 5, 2003, be continued for thirty (30) days, or to such date thereafter as is convenient for the Court. The attorney who will be arguing the motion for the GE Defendants is unable to appear on the currently scheduled date.

Respectfully submitted,

PAUL, HASTINGS, JANOFSKY
& WALKER LLP

By: *[signature]*
John S. McGeeney (ct05926)
James R. Bliss (ct17499)
1055 Washington Boulevard
Stamford, Connecticut 06901
Telephone: (203) 961-7400

OF COUNSEL:

WEIL, GOTSHAL & MANGES LLP
Irwin H. Warren
Miranda S. Schiller
767 Fifth Avenue
New York, New York 10153-0119
Telephone: (212) 310-8000

Attorneys for GE Capital Equity Investments, Inc., General Electric Pension Trust, General Electric Capital Corporation and General Electric Capital Assurance Company

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing was sent on January 29, 2003 via pre-paid U. S. Mail to all counsel of record, as follows:

J. Daniel Sagarin
David A. Slossberg
Margaret E. Haering
HURWITZ & SAGARIN, LLC
147 North Broad Street
Milford, Connecticut 06410

Jack G. Fruchter
Mitchell M.Z. Twersky
FRUCHTER & TWERSKY
1 Penn Plaza, Suite 1910
New York, New York 10119

Jeffrey S. Abraham
ABRAHAM & PASKOWITZ
1 Penn Plaza, Suite 1910
New York, New York 10119

James R. Bliss

STM/216007.1