# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

ARON ROSENBERG

                Plaintiff

**APPEARANCE**

vs.

**CASE NUMBER:**
3:01cv2051 (CFD)

GE CAPITAL EQUITY INVESTMENTS,
INC., et al.

                Defendants

To the Clerk of this court and all parties of record:

    **Enter my appearance as counsel in this case for**

    Movant, Aron Rosenberg

    **I certify that I am admitted to practice in this court.**

| | |
|---|---|
| January 23, 2004 | /s/ David A. Slossberg |
| **Date** | **Signature** |
| 13116 | David A. Slossberg |
|  | HURWITZ & SAGARIN, LLC |
| **Connecticut Federal Bar Number** | **Print Name** |
| (203) 877-8000   (203) 878-9800 | 147 North Broad Street |
| **Telephone   Facsimile** | **Address** |
|  | Milford   CT   06460 |
|  | **City   State   Zip Code** |

## CERTIFICATE OF SERVICE

This is to certify that the foregoing Appearance was mailed on this date to the following:

    See attached list.

                                  /s/ David A. Slossberg
                                    David A. Slossberg

(Use additional pages, if necessary, to list the name and address of each attorney or party for which you are certifying service.)

Appearance.frm.feb.96

J. Steve McGeeney, Esq.
James R. Bliss, Esq.
1055 Washington Boulevard
Stamford, CT  06901

James A. Lenes, Esq.
Neubert, Pepe & Monteith, P.C.
195 Church St., 13th Floor
New Haven, CT  06510

Robert A. Horowitz, Esq.
Greenberg Traurig, LLP
885 Third Avenue
21ST Floor
New York, NY 10022

Jack G. Fruchter, Esq.
Mitchell M.Z. Twersky
FRUCHTER & TWERSKY
1 Penn Plaza, Suite 1910
New York, NY 10119

Jeffrey S. Abraham, Esq.
ABRAHAM & ASSOCIATES
1 Penn Plaza, Suite 1910
New York, NY 10119