UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
HARTFORD DIVISION

------------------------------x

iXL ENTERPRISES, INC.,
        Plaintiff

v.

GE CAPITAL CORP, ET AL,
        Defendant

CASE NO. 3: 01:CV2051 (CFD)

January 29, 2004

------------------------------x

FILED
2004 JAN 30 A 11: 29
U.S. DISTRICT COURT
HARTFORD, CT.

## APPEARANCE

Please enter the appearance of the undersigned on behalf of the plaintiff **IXL, Enterprises, Inc.**, in the above-captioned matter.

_____
Douglas S. Skalka
Neubert, Pepe & Monteith, P.C.
195 Church Street, 13th Floor
New Haven, CT 06510
Phone: (203) 821-2000
Federal Bar No.: CT00616

## CERTIFICATION

This is to certify that the attached has been sent via first-class United States mail, postage prepaid, on January 29, 2004 to:

John S. McGeeney
James R. Bliss
Paul, Hastings, Janofsky & Walker
1055 Washington Blvd., 9th Fl.
Stamford, CT 06901

Robert A. Horowitz
Greenberg Traurig, LLP
885 Third Ave.
21st Floor
New York, NY 10022

J. Daniel Sagarin
David A. Slossberg
Hurwitz & Sagarin
147 North Broad Street
P.O. Box 112
Milford, CT 06460-0112

Jeffrey Abraham
Abraham & Associates
One Penn Plaza
New York, NY 10019

Jack G. Fruchter
Fruchter & Twersky
One Penn Plaza
New York, NY 10019

By: _____
Douglas S. Skalka