UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

-----------------------------------------------------------------x
ARON ROSENBERG,

           Plaintiff,

   - against -

GE CAPITAL EQUITY INVESTMENTS, INC.,
GENERAL ELECTRIC PENSION TRUST,
GENERAL ELECTRIC CAPITAL CORPORATION,
GENERAL ELECTRIC CAPITAL ASSURANCE
COMPANY, MELLON VENTURES II, L.P.,
THOMSON U.S., INC.
and iXL ENTERPRISES, INC.,

           Defendants.
-----------------------------------------------------------------x

Civil Action No.
3:01 CV 2051 (CFD)

February 2, 2004

## MOTION FOR ADMISSION OF VISITING ATTORNEY
## JEFFREY ABRAHAM

David A. Slossberg, a member in good standing of the bar of this Court, respectfully moves pursuant to Local Rule 83.1(d) for permission to allow Jeffrey Abraham to represent the movant Aron Rosenberg in the above-captioned matter for all pretrial and trial purposes.

    1.    Visiting lawyer Abraham is a partner with the firm of Abraham & Associates, with an office at One Penn Plaza, New York, New York 10019.

    2.    He is admitted to the bars of the State of New York, the United States District Courts for the Southern and Eastern Districts of New York, and the United States Courts of Appeals for the Second, Third, Seventh, Ninth, Tenth and Eleventh Circuits.

3.   Attorney Abraham has not been denied admission or disciplined in accordance with Rule 83.2 of the Local Rules, nor has he been denied admission or disciplined by any other Court.

4.   A check for $25.00 accompanies this motion.

5.   Service of all papers shall be made upon J. Daniel Sagarin or David A. Slossberg at Hurwitz & Sagarin, LLC, 147 North Broad Street, Milford, CT 06460.

Movant, Aron Rosenberg

By: *[signature]*
J. Daniel Sagarin CT 04289
David A. Slossberg CT 13116
Hurwitz & Sagarin, LLC
147 N. Broad Street
Milford, CT 06560
Telephone: 203-877-8000
Facsimile: 203-878-9800

2

## Certificate of Service

This is to certify that a copy of the foregoing was sent by facsimile and mailed, first class mail, on February 3_, 2004

J. Steve McGeeney, Esq.
James R. Bliss, Esq.
1055 Washington Boulevard
Stamford, CT 06901

Douglas Skalka, Esq.
James A. Lenes, Esq.
Neubert, Pepe & Monteith, P.C.
195 Church St., 13th Floor
New Haven, CT 06510

Robert A. Horowitz, Esq.
Greenberg Traurig, LLP
885 Third Avenue
21ST Floor
New York, NY 10022

Jack G. Fruchter, Esq.
Mitchell M.Z. Twersky
FRUCHTER & TWERSKY
1 Penn Plaza, Suite 1910
New York, NY 10119

Jeffrey S. Abraham, Esq.
ABRAHAM & ASSOCIATES
1 Penn Plaza, Suite 1910
New York, NY 10119

_____
David A. Slossberg

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF CONNECTICUT

FILED

2004 FEB -4 A 10: 47

------------------------------------------------------------x
ARON ROSENBERG,

                Plaintiff,

- against -

GE CAPITAL EQUITY INVESTMENTS, INC.,
GENERAL ELECTRIC PENSION TRUST,
GENERAL ELECTRIC CAPITAL CORPORATION,
GENERAL ELECTRIC CAPITAL ASSURANCE
COMPANY, MELLON VENTURES II, L.P.,
THOMSON U.S., INC.
and iXL ENTERPRISES, INC.,

                Defendants.
------------------------------------------------------------x

Civil Action No.
3:01 CV 2051 (CFD)

February 2, 2004

## AFFIDAVIT OF JEFFREY ABRAHAM IN SUPPORT OF MOTION PRO HAC VICE

I, Jeffrey Abraham, under penalty of perjury, state as follows:

1. I am a member of the firm Abraham & Associates, with an office at One Penn Plaza, Suite 1910, New York, New York 10119.

2. I am a member in good standing of the bars of the State of New York, the United States District Court for the Southern and Eastern Districts of New York, and the United States Court of Appeals for the Second, Third, Seventh, Ninth, Tenth and Eleventh Circuits.

3. I have not been denied admission or disciplined by the United States District Court for the District of Connecticut, and I have not been denied admission or disciplined by any other Court.

4. I make this affidavit in support of the motion for my admission <u>pro hac vice</u> to permit me to represent movant, Aron Rosenberg, as visiting counsel in connection with the above captioned action.

_____
JEFFREY ABRAHAM

Subscribed and sworn to before me,
this 2 day of Febraury, 2004.

_____
Notary Public

MITCHELL M. Z. TWERSKY
Notary Public, State of New York
No. 02TW4999054
Qualified in New York County
Commission Expires July 13, 2006