UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2004 FEB -4  A 10: 48

---------------------------------------------------------------x
ARON ROSENBERG,

          Plaintiff,

- against -

GE CAPITAL EQUITY INVESTMENTS, INC.,
GENERAL ELECTRIC PENSION TRUST,
GENERAL ELECTRIC CAPITAL CORPORATION,
GENERAL ELECTRIC CAPITAL ASSURANCE
COMPANY, MELLON VENTURES II, L.P.,
THOMSON U.S., INC.
and iXL ENTERPRISES, INC.,

          Defendants.
---------------------------------------------------------------x

Civil Action No.
3:01 CV 2051 (CFD)

February 2, 2004

## MOTION FOR ADMISSION OF VISITING ATTORNEY
## JACK G. FRUCHTER

David A. Slossberg, a member in good standing of the bar of this Court, respectfully moves pursuant to Local Rule 83.1(d) for permission to allow Jack G. Fruchter to represent the movant Aron Rosenberg in the above-captioned matter for all pretrial and trial purposes.

1.     Visiting lawyer Fruchter is a partner with the firm of Fruchter & Twersky, with an office at One Penn Plaza, New York, New York 10019.

2.     He is admitted to the bars of the State of New York, the United States District Courts for the Eastern and Southern Districts of New York, and the United States Courts of Appeals for the Third and Eleventh Circuits.

3. Attorney Fruchter has not been denied admission or disciplined in accordance with Rule 83.2 of the Local Rules, nor has he been denied admission or disciplined by any other Court.

4. A check for $25.00 accompanies this motion.

5. Service of all papers shall be made upon J. Daniel Sagarin or David A. Slossberg, at Hurwitz & Sagarin, LLC, 147 North Broad Street, Milford, CT 06460.

The Movant, Aron Rosenberg

By: _____
J. Daniel Sagarin CT 04289
David A. Slossberg CT 13116
Hurwitz & Sagarin, LLC
147 N. Broad Street
Milford, CT 06560
Telephone: 203-877-8000
Facsimile: 203-878-9800

## Certificate of Service

This is to certify that a copy of the foregoing was sent by facsimile and mailed, first class mail, on February 3, 2004

J. Steve McGeeney, Esq.
James R. Bliss, Esq.
1055 Washington Boulevard
Stamford, CT 06901

Douglas Skalka, Esq.
James A. Lenes, Esq.
Neubert, Pepe & Monteith, P.C.
195 Church St., 13th Floor
New Haven, CT 06510

Robert A. Horowitz, Esq.
Greenberg Traurig, LLP
885 Third Avenue
21ST Floor
New York, NY 10022

Jack G. Fruchter, Esq.
Mitchell M.Z. Twersky
FRUCHTER & TWERSKY
1 Penn Plaza, Suite 1910
New York, NY 10119

Jeffrey S. Abraham, Esq.
ABRAHAM & ASSOCIATES
1 Penn Plaza, Suite 1910
New York, NY 10119

David A. Slossberg

3

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF CONNECTICUT

FILED

2004 FEB -4 A 10: 48

------------------------------------------------------------x
ARON ROSENBERG,

        Plaintiff,

- against -

GE CAPITAL EQUITY INVESTMENTS, INC.,
GENERAL ELECTRIC PENSION TRUST,
GENERAL ELECTRIC CAPITAL CORPORATION,
GENERAL ELECTRIC CAPITAL ASSURANCE
COMPANY, MELLON VENTURES II, L.P.,
THOMSON U.S., INC.
and iXL ENTERPRISES, INC.,

        Defendants.
------------------------------------------------------------x

Civil Action No.
3:01 CV 2051 (CFD)

February 2, 2004

### AFFIDAVIT OF JACK FRUCHTER IN SUPPORT OF MOTION PRO HAC VICE

I, Jack Fruchter, under penalty of perjury, state as follows:

1.    I am a member of the firm Fruchter & Twersky, with an office at One Penn Plaza, Suite 1910, New York, New York 10119.

2.    I am a member in good standing of the bars of the States of New York, the United States District Court for the Eastern and Southern Districts of New York, and the United States Court of Appeals for the Third and Eleventh Circuits.

3.    I have not been denied admission or disciplined by the United States District Court for the District of Connecticut, and I have not been denied admission or disciplined by any other Court.

4.    I make this affidavit in support of the motion for my admission pro hac

vice to permit me to represent plaintiffs as visiting counsel in connection with the above captioned action.

                                                                        JACK G. FRUCHTER

Subscribed and sworn to before me,
this 2 day of February, 2004.

_____
Notary Public

MITCHELL M. Z. TWERSKY
Notary Public, State of New York
No. 02TW4999054
Qualified in New York County
Commission Expires July 13, 2006