TOTAL TIME: _1_ hours ___ minutes    DEPUTY CLERK _Dew_    HONORABLE _Droney_    RPTR/ERO/TAPE _Marshall_

DATE _2-5-04_    START TIME _3:30_    END TIME _4:30_
LUNCH RECESS FROM ___ TO ___
RECESS FROM ___ TO ___ (if more than 1/2 hour)

_IXL_    CIVIL NO. _01CV2051 CFD_
          §
          §            _Sagarin_
   vs.    §            Plaintiffs Counsel
          § ☐ SEE ATTACHED CALENDAR FOR COUNSEL
_GE_      §            _McGeeney_
          §            Defendants Counsel

## COURTROOM MINUTES - CIVIL (check one box)

- ☒ (mhrgh) Motion Hearing
- ☐ (contmphrg.) Contempt Hearing
- ☐ (pchrg.) Probable Cause Hearing
- ☐ (mischrg.) Miscellaneous Hearing
- ☐ (confmhrg.) Confirmation Hearing
- ☐ (evidhrg.) Evidentiary Hearing
- ☐ (fairhrg.) Fairness Hearing
- ☐ (showhrg.) Show Cause Hearing
- ☐ (jgmdbexam.) Judgment Debtor Exam
- ☐ (stlmthrg.) Settlement Hearing

MOTION DOCUMENT NO.

☒ #58  Motion _to Stay_ — ☐ granted ☐ denied ☒ advisement
☒ #59  Motion _to intervene_ — ☐ granted ☐ denied ☒ advisement
☒ #61  Motion _for order_ — ☐ granted ☐ denied ☒ advisement