IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF CONNECTICUT

---------------------------------------------------------------x

iXL ENTERPRISES, INC.,

                Plaintiff,                  Civil Action No.3:01 CV 2051

- against -

GE CAPITAL EQUITY INVESTMENTS, INC.,
et al.

                Defendants.
---------------------------------------------------------------x

### AFFIDAVIT OF JEFFREY ABRAHAM IN FURTHER SUPPORT OF ARON ROSENBERG'S MOTION TO INTERVENE

STATE OF NEW YORK   )
                             ) ss.
COUNTY OF NEW YORK )

      I, Jeffrey Abraham, being duly sworn deposes and says:

      1.    I am one of the attorneys representing Aron Rosenberg ("Rosenberg") in the above-captioned action.

      2.    Attached hereto is a true and correct copy of an Agreement for Assignment of Bankruptcy Claim through which Rosenberg has acquired a timely filed claim in the bankruptcy proceedings of iXL Enterprises, Inc. which had previously owned by Consolidated Edison Company

                                                      _____
                                                      Jeffrey S. Abraham

Subscribed and sworn to before me,
this 4th Day of February, 2004.

_____
Notary Public

JACK G. FRUCHTER
Notary Public, State of New York
No. 02FR6073524
Qualified in Nassau County
Commission Expires April 22, 20 06

**EXHIBIT**

# AGREEMENT FOR ASSIGNMENT OF BANKRUPTCY CLAIM

**Consolidated Edison Company** ("Assignor"), in consideration of the payment of $281.83 (the "Payment"), receipt of which is hereby acknowledged, does, subject to the provisions of this Agreement for Assignment of Bankruptcy Claim (the "Agreement"), hereby absolutely and unconditionally sell, assign and transfer to **Aron Rosenberg**, his successor(s) and assign(s), (collectively, "Assignee"), and Assignee does, subject to the provisions of this Agreement, hereby absolutely and unconditionally purchase, all rights, title and interest of Assignor in Assignor's general unsecured claim (the "Claim") in the amount of $281.83 (the "Claim Amount") against iXL Enterprises, Inc. (the "Debtor) in the bankruptcy proceedings (the "Proceedings") in the United States Bankruptcy Court for the Southern District of New York (the "Court")(currently Bankruptcy Case Docket Number 02-13457 (AJG)), together with interest, if any, paid or payable by the Debtor or its estate thereon, from and after February 3, 2004 (the "Effective Date"), and any actions, claims, lawsuits or rights of any nature whatsoever, whether against the Debtor or any other party, arising out of or in connection with the Claim, including, without limitation, Assignor's rights to receive, from and after the Effective Date, any cash securities, instruments and/or other property in the Proceedings.

Assignor and Assignee agree to execute, acknowledge and deliver all such further certificates, instruments and other documents, and to take such further action as may be necessary or appropriate, to complete the assignment (the "Assignment") of the Claim hereunder.

Assignor represents and warrants that, as of the Effective Date: (a) Assignor owns and has sole title to the Claim free and clear of any and all liens, security interest or encumbrances of any kind or nature, and upon the Assignment of the Claim to Assignee pursuant to this Agreement, Assignee will receive good title to the Claim free and clear of liens, security interest or encumbrances; (b) Assignor has not previously sold, assigned, transferred, or pledged the Claim, in whole or in part, to any third party; (c) no payment has been received by Assignor, or on behalf of Assignor, in full or partial satisfaction of the Claim; (d) the basis for the Claim is amounts due from and owing by the Debtor arising from the sale of goods, merchandise or services by Assignor to the Debtor; (e) the Claim is a valid, undisputed, liquidated, enforceable and non-contingent general unsecured claim against the Debtor; (f) there are no legal or equitable defenses or counterclaims that have been or may be asserted by, or on behalf of, the Debtor to reduce the Claim amount or affect the Claims validity or enforceability; (g) the Claim is not subject to any claim or right of setoff, recoupment, subordination, impairment, reduction, avoidance or disallowance; (h) the Claim is not subject to any factoring agreements; (i) no objection has been filed against Assignor or the Claim; (j) the Claim is an allowed or allowable claim in the Proceedings in the amount of no less than $281.83; (k) there are no pending preference actions against Assignor in the Proceedings; (l) Assignor is not an "insider" of the Debtor, as set forth in bankruptcy Code § 101(31), or a member of any official or unofficial committee in connection with the Proceedings; (m) Assignor has duly and timely filed a proof of claim (the "Proof of Claim") in the amount of $281.83 in the Proceedings, a copy of which Proof of Claim is annexed hereto as Exhibit "A"; and (n) the Proof of Claim has not been amended.

1

Assignor further represents and warrants that: (a) Assignor is duly authorized and has the requisite power and authority to execute and deliver this Agreement; (b) this Agreement and the Proof of Claim have been duly authorized, executed and delivered by Assignor: and (c) this Agreement constitutes the valid, legal and binding Agreement of Assignor and is enforceable against Assignor in accordance with its terms.

All representations, warranties and covenants contained herein shall survive the execution, delivery and performance of this agreement and Assignment of Claim. This Agreement shall inure to the benefit of and be binding upon the parties hereto and their respective successors and assigns.

This Agreement constitutes the entire agreement and understanding between the parties hereto with respect to the subject matter hereof and supersedes all prior agreements, understandings, and representations pertaining to the subject matter hereof, whether oral or written. This Agreement may be signed in counterparts, and by telecopy, each of which shall be deemed an original and all of which taken together shall constitute one agreement.

Assignor and Assignee hereby acknowledge and consent to all of the terms set forth in this agreement and waive their respective rights to raise any objections hereto.

| Assignor | Assignee |
|---|---|
| By: *[signature]* | By: *[signature]* |
| Name: MARIE N. POLYCARPE | Name: Aron Rosenberg |
| Title: SUPERVISOR | |
| Date: February 3 2004 | Date: February 3, 2004 |

2

EXHIBIT A: Proof of Claim

EXHIBIT A: Proof of Claim

| United States Bankruptcy Court | PROOF OF CLAIM |
|---|---|
| SOUTHERN District of NEW YORK | |

| In re (Name of Debtor) | Case Number |
|---|---|
| IXL ENTERPRISES INC | 02B-13457 |

**Name of Creditor**
(The person or entity to whom the debtor owes money or property)
CONSOLIDATED EDISON COMPANY

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

**Name and Addresses Where Notices Should be Sent**
BANKRUPTCY GROUP
4 Irving Place, Room 1875-S
New York, New York 10003

Filed: USBC - Southern District of New York
Scient, Inc., Et Al.
02-13455 (AJG)

0000000007

Telephone No.

**ACCOUNT OR OTHER NUMBER BY WHICH CREDITOR IDENTIFIES DEBTOR:**
RE: (2) ACCOUNTS

Check here if this claim:  ☐ replaces  ☐ amends  a previously filed claim, dated: 6/2002

**1. BASIS FOR CLAIM:**
☒ Goods sold
☐ Services performed
☐ Money loaned
☐ Personal injury/wrongful death
☐ Taxes
☐ Other (Describe briefly)

☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
☐ Wages, salaries, and compensations (Fill out below)
Your social security number
Unpaid compensations for services performed
from _____ (date) to _____ (date)

**2. DATE DEBT WAS INCURRED:**

**3. IF COURT JUDGMENT, DATE OBTAINED:**

**4. CLASSIFICATION OF CLAIM.** Under the Bankruptcy Code all claims are classified as one or more of the following: (1) Unsecured nonpriority, (2) Unsecured Priority, (3) Secured. It is possible for part of a claim to be in one category and part in another.
CHECK THE APPROPRIATE BOX OR BOXES that best describe your claim and STATE THE AMOUNT OF THE CLAIM.

☐ SECURED CLAIM $_____
Attach evidence of perfection of security interest
Brief Description of Collateral:
☐ Real Estate  ☐ Motor Vehicle  ☐ Other (Describe briefly)
90 days before filing of the bankruptcy petition cessation of the debtor's

Amount of arrearage and other charges included in secure claim above, if any $_____

☒ UNSECURED NONPRIORITY CLAIM $281.83
A claim is unsecured if there is no collateral or lien on property of the debtor securing the claim or the extent that the value of such property is less than the amount of the claim.

☐ UNSECURED PRIORITY CLAIM $_____
Specify the priority of the claim.
☐ Wages, salaries, or commissions (up to $2000), earned not more than business, whichever is earlier-11 U.S.C. §507(a)(3)
☐ Contributions to an employee benefit plan-U.S.C. §507(a)(4)
☐ Up to $900 of deposits toward purchase, lease, or rental of property or services for personal, family, or household use-11 U.S.C. §507(a)(6)
☐ Taxes or penalties of governmental units-11 U.S.C. §507(a)(7)
☐ Other-11 U.S.C. §§507(a)(5)-(Describe briefly)

**5. TOTAL AMOUNT OF CLAIM AT TIME CASE FILED:**
$281.83 (Unsecured) | $_____ (Secured) | $_____ (Priority) | $281.83 (Total)

☐ Check this box if claim includes prepetition charges in addition to the principal amount of the claim. Attach itemized statement of all additional charges.

**6. CREDITS AND SETOFFS.** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim. In filing this claim, claimant has deducted all amounts that claimant owes to debtor.

THIS SPACE IS FOR COURT USE ONLY

**7. SUPPORTING DOCUMENTS.** Attach copies of supporting documents. Such as promissory notes, purchase orders, invoices itemized statements of running accounts, contracts, court judgments, or evidence of security interests. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**8. TIME-STAMPED COPY:** To receive an acknowledgement of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim.

| Date | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any) |
|---|---|
| 7/24/2002 | THOMAS LOVE - ASSISTANT SECRETARY |

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.


**conEdison**

Statement of Account for:
IXL ENTERPRISES INC.
43 E 25th ST 28B
MANHATTAN 10010

Account Number:
41-6013-0086-1610-5

07/18/02

| ELECTRIC BILLS | | | | | | PAYMENTS | |
|---|---|---|---|---|---|---|---|
| Rate EL1 - Residential | | | Meter No: 5355587 | | | Security Deposit: | $0.00 |
| | | | Multiplier: 1 | | | | |
| Date | Rdg Type | Days | Rdg | KWH Usage | Amount | Date | Amount |
| 07/16/02 | T/Off | 27 | 68507 | 529 | $100.46 | 06/18/02 | $47.35 |
| 06/19/02 | ACT | 30 | 67978 | 588 | $107.07 | 05/01/02 | $60.02 |
| 05/20/02 | ACT | 31 | 67390 | 244 | $47.35 | 04/04/02 | $44.56 |
| 04/19/02 | ACT | 29 | 67146 | 380 | $60.02 | 03/15/02 | $42.42 |
| 03/21/02 | ACT | 29 | 66766 | 252 | $44.56 | 02/25/02 | $189.23 |
| 02/20/02 | ACT | 33 | 66514 | 210 | $39.58 | | |
| 01/18/02 | ACT | 31 | 66304 | 256 | $45.44 | | |
| 12/18/01 | ACT | 120 | 66048 | 745 | $143.79 | | |

SummaryBalance brought forward           12/18/01           $0.00

**Charges**
Electric Bills Prepared         $588.27
Gas Bills Prepared              $0.00
Transfer Charges                $0.00
Debit Adjustments               $0.00
Late Payment Charges            $5.00

Total Charges                                        $593.27
Total Debits                                         $593.27

**Credits**
Payments                        $383.58
Transfers                       $0.00
Credit Adjustments              $0.00
Late Payment Credits            $2.16

Total Credits                                        $385.74

Balance Due Company                                  $207.53


conEdison

Statement of Account for:
IXL ENTERPRISES INC.
43 E 25th ST 28C
MANHATTAN 10010

Account Number:
41-6013-0086-1709-5

07/18/02

| ELECTRIC BILLS | | | | | | PAYMENTS | |
|---|---|---|---|---|---|---|---|
| Rate EL2 - Small Non-resid | | | Meter No: 5355584 | | | Security Deposit: | $0.00 |
| | | | Multiplier: 1 | | | | |
| Date | Rdg Type | Days | Rdg | KWH Usage | Amount | Date | Amount |
| 07/16/02 | T/Off | 27 | 81459 | 1191 | $251.27 | 06/18/02 | $77.17 |
| 06/19/02 | ACT | 30 | 80268 | 617 | $131.52 | 05/01/02 | $85.29 |
| 05/20/02 | ACT | 31 | 79651 | 371 | $77.17 | 04/03/02 | $151.37 |
| 04/19/02 | ACT | 29 | 79280 | 467 | $85.29 | 02/25/02 | $131.96 |
| 03/21/02 | ACT | 29 | 78813 | 362 | $70.67 | 01/22/02 | $94.00 |
| 02/20/02 | ACT | 33 | 78451 | 401 | $77.53 | 01/22/02 | $80.65 |
| 01/18/02 | ACT | 31 | 78050 | 379 | $73.40 | 10/22/01 | $274.50 |
| 12/18/01 | ACT | 32 | 77671 | 389 | $73.27 | 09/06/01 | $346.91 |
| 11/16/01 | ACT | 30 | 77282 | 424 | $79.24 | 08/08/01 | $303.51 |
| 10/17/01 | ACT | 29 | 76858 | 455 | $89.88 | 08/03/01 | $124.93 |
| 09/18/01 | ACT | 32 | 76403 | 1320 | $274.50 | 06/11/01 | $616.70 |
| 08/17/01 | ACT | 29 | 75083 | 1619 | $346.91 | 02/14/01 | $124.97 |
| 07/19/01 | ACT | 30 | 73464 | 1269 | $301.64 | 12/27/00 | $429.28 |
| 06/19/01 | ACT | 32 | 72195 | 575 | $124.93 | 12/15/00 | $283.56 |
| 05/18/01 | ACT | 29 | 71620 | 754 | $153.87 | 10/10/00 | $575.39 |
| 04/19/01 | ACT | 29 | 70866 | 333 | $71.42 | 07/18/00 | $151.33 |
| 03/21/01 | ACT | 29 | 70533 | 458 | $98.96 | 06/01/00 | $579.50 |
| 02/20/01 | ACT | 32 | 70075 | 479 | $107.21 | | |
| 01/19/01 | ACT | 32 | 69596 | 455 | $114.52 | | |
| 12/18/00 | ACT | 32 | 69141 | 524 | $125.02 | | |
| 11/16/00 | ACT | 41 | 68617 | 533 | $120.49 | | |
| 10/06/00 | T/Off | 18 | 68084 | 334 | $75.04 | | |
| 09/18/00 | ACT | 32 | 67750 | 1363 | $306.83 | | |
| 08/17/00 | ACT | 29 | 66387 | 1036 | $221.36 | | |
| 07/19/00 | ACT | 30 | 65351 | 1664 | $435.63 | | |
| 06/19/00 | | elec | bill(s) | cancelled | ($175.30) | | |
| 07/19/00 | EST | 30 | 64319 | 632 | $175.30 | | |
| 06/19/00 | ACT | 32 | 63687 | 674 | $151.33 | | |
| 05/18/00 | ACT | 29 | 63013 | 552 | $110.38 | | |

SummaryBalance brought forward        05/18/00        $79.50

**Charges**
Electric Bills Prepared        $4,324.58
Gas Bills Prepared        $0.00
Transfer Charges        $0.00
Debit Adjustments        $593.09
Late Payment Charges        $17.03

Total Charges        $4,934.70
Total Debits        $5,014.20

**Credits**
Payments        $4,431.02
Transfers        $0.00
Credit Adjustments        $175.30
Late Payment Credits        $0.00
Deposit Interest        $33.58
Deposit Application        $300.00

Total Credits        $4,939.90

Balance Due Company        $74.30