UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

-------------------------------------------------------------------------x
iXL ENTERPRISES, INC.,                        :
                                              :
        Plaintiff,                            :     Civil Action No.
                                              :     3:01 CV 2051 (CFD)
  - against -                                 :
                                              :
GE CAPITAL EQUITY INVESTMENTS, INC., ET AL.,  :
                                              :
        Defendants.                           :     February 11, 2004

## NOTICE OF FILING OF AFFIDAVIT OF JEFFREY ABRAHAM IN FURTHER SUPPORT OF ARON ROSENBERG'S MOTION TO INTERVENE

    Movant, Aron Rosenberg, hereby gives notice of the filing of the attached affidavit, the subject of which was referred to at oral argument before Judge Droney on February 5, 2004 in connection with Rosenberg's Motion to Stay any Consideration of Settlement, Motion to Intervene, and Motion for Relief from Order.

                                          Movant, Aron Rosenberg

                                          By:_____
                                          J. Daniel Sagarin CT04289
                                          David A. Slossberg CT13116
                                          HURWITZ & SAGARIN, LLC
                                          147 North Broad Street
                                          Milford, Connecticut 06460
                                          Telephone: 203-877-8000

OF COUNSEL:
Jack G. Fruchter
Mitchell M.Z. Twersky
FRUCHTER & TWERSKY
1 Penn Plaza, Suite 1910
New York, NY 10119
Telephone: (212) 279-5050
Facsimile: (212) 279-3655

Jeffrey S. Abraham
ABRAHAM & ASSOCIATES
1 Penn Plaza, Suite 1910
New York, NY 10119
Telephone: (212) 714-2444
Facsimile: (212) 279-3655

## Certificate of Service

      This is to certify that a copy of the foregoing was sent via first class mail, postage prepaid, February 11, 2004 to:

J. Steve McGeeney, Esq.
James R. Bliss, Esq.
1055 Washington Boulevard
Stamford, CT  06901

James A. Lenes, Esq.
Neubert, Pepe & Monteith, P.C.
195 Church St., 13th Floor
New Haven, CT  06510

Robert A. Horowitz, Esq.
Greenberg Traurig, LLP
885 Third Avenue
21ST Floor
New York, NY 10022

Jack G. Fruchter, Esq.
Mitchell M.Z. Twersky
FRUCHTER & TWERSKY
1 Penn Plaza, Suite 1910
New York, NY 10119

Jeffrey S. Abraham, Esq.
ABRAHAM & ASSOCIATES
1 Penn Plaza, Suite 1910
New York, NY 10119

                                                _____
                                                David A. Slossberg