**Paul Hastings**

Paul, Hastings, Janofsky & Walker LLP
1055 Washington Boulevard, Stamford, CT 06901-2216
telephone 203-961-7400 / facsimile 203-359-3031 / internet www.paulhastings.com

Atlanta
Beijing
Hong Kong
London
Los Angeles
New York
Orange County
San Francisco
Stamford
Tokyo
Washington, D.C.

(203) 961-7402
stevemcgeeney@paulhastings.com

February 17, 2004                                                                 17317.00315

The Honorable Christopher F. Droney
United States District Court
District of Connecticut
450 Main Street
Hartford, Connecticut  06103

Re:     Rosenberg v. GE Capital Equity Investments, Inc., et al.
         Civil Action No. 3:01 CV 2051

Dear Judge Droney:

We just received this morning the Affidavit of Mr. Abraham and the accompanying
Agreement for Assignment of Bankruptcy Claim by which Mr. Rosenberg appears to have
purchased a general unsecured claim of the Consolidated Edison Company in the
bankruptcy of iXL Enterprises, Inc. for the sum of $281.83.

We respectfully submit that this after-the-fact acquisition of an unsecured bankruptcy claim
for unpaid electric bills does not rescue Mr. Rosenberg from the reality that he has lost his
standing to object to the settlement of this case in this Court.  Not only does his newly
acquired interest lack any continuity with his original equity holding in iXL, as required by
the Gollust decision, but it does not even qualify as a "security" under the federal securities
laws.  See Reves v. Ernst & Young, 494 U.S. 56, 66-67 (1990) (setting forth test for defining
"security" under federal securities laws).  While it may improve his standing to object to the
settlement in the Bankruptcy Court, it cannot revive his standing here.  Under the rationale
of Gollust, the plaintiff's financial stake must derive from the "security" which confers
standing to prosecute the Section 16(b) claim in the first place.

Sincerely,

John S. McGeeney
for PAUL, HASTINGS, JANOFSKY & WALKER LLP

/pac

Paul*Hastings*

The Honorable Christopher F. Droney
February 17, 2004
Page 2


cc:     Jeffrey S. Abraham, Esq.
        Jack G. Fruchter, Esq.
        Robert A. Horowitz, Esq.
        J. Daniel Sagarin, Esq.
        Douglas S. Skalka, Esq.

**UPS NEXT DAY AIR**