**Paul Hastings**

Paul, Hastings, Janofsky & Walker LLP
1055 Washington Boulevard, Stamford, CT 06901-2216
telephone 203-961-7400 / facsimile 203-359-3031 / internet www.paulhastings.com

Atlanta
Beijing
Hong Kong
London
Los Angeles
New York
Orange County
San Francisco
Stamford
Tokyo
Washington, D.C.

(203) 961-7402
stevemcgeeney@paulhastings.com

February 17, 2004

17317.00315

The Honorable Christopher F. Droney
United States District Court
District of Connecticut
450 Main Street
Hartford, Connecticut 06103

Re:  Rosenberg v. GE Capital Equity Investments, Inc., et al.
     Civil Action No. 3:01 CV 2051

Dear Judge Droney:

We just received this morning the Affidavit of Mr. Abraham and the accompanying Agreement for Assignment of Bankruptcy Claim by which Mr. Rosenberg appears to have purchased a general unsecured claim of the Consolidated Edison Company in the bankruptcy of iXL Enterprises, Inc. for the sum of $281.83.

We respectfully submit that this after-the-fact acquisition of an unsecured bankruptcy claim for unpaid electric bills does not rescue Mr. Rosenberg from the reality that he has lost his standing to object to the settlement of this case in this Court. Not only does his newly acquired interest lack any continuity with his original equity holding in iXL, as required by the Gollust decision, but it does not even qualify as a "security" under the federal securities laws. See Reves v. Ernst & Young, 494 U.S. 56, 66-67 (1990) (setting forth test for defining "security" under federal securities laws). While it may improve his standing to object to the settlement in the Bankruptcy Court, it cannot revive his standing here. Under the rationale of Gollust, the plaintiff's financial stake must derive from the "security" which confers standing to prosecute the Section 16(b) claim in the first place.

Sincerely,

[signature]

John S. McGeeney
for PAUL, HASTINGS, JANOFSKY & WALKER LLP

/pac

*The Clerk shall docket this letter and include it in the Court's file. So ordered.*

*Christopher F. Droney*
*United States District Judge*
*02/ /04*