# Paul Hastings

Paul, Hastings, Janofsky & Walker LLP
1055 Washington Boulevard, Stamford, CT 06901-2216
telephone 203-961-7400 / facsimile 203-359-3031 / internet www.paulhastings.com

Atlanta
Beijing
Hong Kong
London
Los Angeles
New York
Orange County
San Francisco
Stamford
Tokyo
Washington, D.C.

(203) 961-7402
stevemcgeeney@paulhastings.com

February 23, 2004

17317.00315

The Honorable Christopher F. Droney
United States District Court
District of Connecticut
450 Main Street
Hartford, Connecticut 06103

  Re: <u>Rosenberg v. GE Capital Equity Investments, Inc., et al.</u>
    Civil Action No. 3:01 CV 2051

Dear Judge Droney:

While I am reluctant to prolong a correspondence which seems to have no end, Mr. Abraham's latest dated February 19, 2004 raises yet another specious argument which requires correction.

The so-called "penny on the dollar" settlement which was reached in good faith after long negotiation between the parties merely reflects the inherent weakness of Mr. Abraham's totally unprecedented claim in this case. From the outset it was the position of the GE Defendants that this case had no value whatsoever other than potential "nuisance value". When Mr. Skalka's firm was retained to evaluate the claim in bankruptcy, it reached the same conclusion, i.e., that the claims were unprecedented and contrary to all of the applicable law. It was on this basis that the settlement was reached and it had absolutely no relationship to the amount of the claims asserted by the plaintiff. Rather, it reflected the desire of the GE Defendants to avoid further litigation expense in a matter that did not justify such expense. The authorities cited in the last paragraph of Mr. Abraham's letter assume that the claims have some merit, a premise that is not present here and never has been.

Respectfully,

John S. McGeeney
for PAUL, HASTINGS, JANOFSKY & WALKER LLP

/pac

Christopher F. Droney
United States District Judge
02/26/04

PaulHastings

The Honorable Christopher F. Droney
February 23, 2004
Page 2

cc: Jeffrey S. Abraham, Esq.
Jack G. Fruchter, Esq.
Robert A. Horowitz, Esq.
J. Daniel Sagarin, Esq.
Douglas S. Skalka, Esq.