# NEUBERT, PEPE & MONTEITH, P.C.
Attorneys At Law

RECEIVED

2004 NOV 18 A 9:00

CHAMBERS
CHRISTOPHER F. DRONEY
U.S. DISTRICT JUDGE

195 Church Street, 13th Floor
P.O. Box 1940
New Haven, Connecticut 06509-1940
Telephone (203) 821-2000
Facsimile (203) 821-2009

Michael D. Neubert
Gregory J. Pepe
Deborah Monteith Neubert
Douglas S. Skalka
Judy K. Weinstein
Peter T. Fay
Andrew R. Lubin
Robert T. Gradoville

Teresa J. Reichert
Nancy Bohan Kinsella
Eric J. Stockman
Kevin M. Godbout
Simon I. Allentuch
James A. Lenes
Maureen Sullivan Dinnan
Gretchen L. Grosick

Nancy A. Meehan
Linda M. Pelechach

Of Counsel:
Sonja Goldstein
Cameron C. Staples

Eric I. B. Beller (1950-2002)

26 Jelliff Lane
Southport, Connecticut 06490
Telephone (203) 254-9332
Facsimile (203) 254-9239

*Reply to P.O. Box*
*www.npmlaw.com*

November 17, 2004

Honorable Christopher F. Droney
United States District Judge
450 Main Street
Hartford, Connecticut 06103

FILED 2004 DEC 23 P 3:23
U.S. DISTRICT COURT
HARTFORD, CT

Re:   *iXL Enterprises, Inc. v. GE Capital Equity Investments, et al.*
      Civil Action No. 3:01cv2051

Dear Judge Droney:

   Enclosed please find a courtesy copy of a new <u>Notice of Continued Hearing</u> with respect to our motion to approve compromise and settlement, which is currently pending in the bankruptcy case of *In re: Scient, et al., Case No. 02-13455* (S.D.N.Y). The new hearing date is scheduled for January 12, 2005, at 9:30 a.m

   Thank you.

                                         Respectfully yours,

                                         Elizabeth A. Crafts
                                         Paralegal

EAC
Enclosures

The clerk is ordered to docket this letter and include it in the Court's file. So ordered.

Christopher F. Droney
United States District Judge
12/23/04

**Hearing Date: January 12, 2005 @ 9:30 a.m.**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------- x
                                                  :

In re:                                     :       Chapter 11

SCIENT, INC., et al.,              :       Case Nos. 02-13455
                                        :       through 02-13458 (AJG)
                Debtors.   :
                                        :       (Jointly Administered)

------------------------------------------------------- x

### NOTICE OF <u>CONTINUED HEARING DATE</u> TO CONSIDER DEBTOR'S MOTION FOR THE ENTRY OF AN ORDER APPROVING A COMPROMISE AND SETTLEMENT WITH GE CAPITAL EQUITY INVESTMENTS, INC., GENERAL ELECTRIC PENSION TRUST, GENERAL ELECTRIC CAPITAL CORPORATION, AND <u>GENERAL ELECTRIC CAPITAL ASSURANCE</u>

PLEASE TAKE NOTICE that a hearing will be held before the Honorable Arthur J. Gonzalez, United States Bankruptcy Judge, in the United States Bankruptcy Court, One Bowling Green, New York, New York, 10004-1408, on <u>January 12, 2005, at 9:30 a.m</u>. Eastern Time (the "Hearing Date"), or as soon thereafter as counsel can be heard, to consider the following motion:

Debtor's motion dated December 30, 2003 (Doc. I.D. #478), for the entry of an order approving a compromise and settlement with GE Capital Equity Investments, Inc., General Electric Pension Trust, General Electric Capital Corporation, and General Electric Capital Assurance (the "Motion").

Please take notice that this Motion has been electronically filed with the Clerk of the Bankruptcy Court and, as such, may be examined and inspected by interested parties on the Court's website http://www.nysb.uscourts.gov or by contacting the moving parties.

Dated: New Haven, Connecticut
November 17, 2004

        NEUBERT, PEPE & MONTEITH, P.C.
        SPECIAL LITIGATION COUNSEL FOR
        DEBTORS

        By:   /s/ Douglas S. Skalka
           Douglas S. Skalka (DS4441)
           Neubert, Pepe & Monteith, P.C.
           195 Church Street, 13th Floor
           New Haven, Connecticut 06510
           (203) 821-2000

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
                                                             :
In re:                                                       :    Chapter 11
                                                             :
SCIENT, INC., et al.,                                        :    Case Nos. 02-13455
                                                             :    through 02-13458 (AJG)
                                Debtors.                     :
                                                             :    (Jointly Administered)
                                                             :
------------------------------------------------------------ x

**CERTIFICATE OF SERVICE OF**
**NOTICE OF CONTINUED HEARING DATE**

The undersigned hereby certifies that a true and correct copy of the foregoing Notice of Continued Hearing Date to January 12, 2005, on Debtor's Motion For the Entry of an Order Approving a Compromise and Settlement, filed by Neubert, Pepe & Monteith, P.C., Special Litigation Counsel to the Debtors (Doc. I.D. #478), was served via U.S. mail, postage prepaid, upon the following parties this 17th day of November, 2004:

David Wood, President
Scient, Inc., and Its Related Debtors
405 Lexington Avenue, 26th Floor
New York, NY 10174

Richard Morrissey, Esq.
Office of the United States Trustee
33 Whitehall Street, 21st Floor
New York, NY 10004-1480

Jeffrey S. Sabin, Esq.
Schulte Roth & Zabel
919 Third Avenue
New York, NY 10022

Andrew I. Silfen, Esq.
Arent Fox Kintner Plotkin & Kahn
1675 Broadway, 25th Floor
New York, NY 10019

Howard J. Berman, Esq.
Greenberg Traurig, LLP
200 Park Avenue
New York, NY 10166

Jeffrey S. Abraham, Esq.
One Penn Plaza, Suite 1910
New York, NY 10119-1910

| | |
|---|---|
| Dated: New Haven, CT<br>November 17, 2004 | NEUBERT, PEPE & MONTEITH, P.C.<br>SPECIAL LITIGATION COUNSEL FOR<br>DEBTORS<br><br>By: /s/ Douglas S. Skalka<br>Douglas S. Skalka (DS4441)<br>Neubert, Pepe & Monteith, P.C.<br>195 Church Street, 13th Floor<br>New Haven, Connecticut 06510<br>(203) 821-2000 |

# File a Notice:

02-13455-ajg Scient, Inc.

## U.S. Bankruptcy Court

## Southern District of New York

Notice of Electronic Filing

The following transaction was received from Skalka, Douglas S. entered on 11/17/2004 at 12:50 PM and filed on 11/17/2004
**Case Name:**      Scient, Inc.
**Case Number:**    02-13455-ajg
**Document Number:** 594

**Docket Text:**
Notice of Hearing *(continued)* (related document(s)[478]) filed by Douglas S. Skalka on behalf of Scient, Inc.. with hearing to be held on 1/12/2005 at 09:30 AM at Courtroom 523 (AJG) (Attachments: # (1) Certificate of Service)(Skalka, Douglas)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** M:\BANKRUPT.CY\Scient\PDF\NoticeofCont.Hearing.10.pdf
**Electronic document Stamp:**
[STAMP NYSBStamp_ID=842906028 [Date=11/17/2004] [FileNumber=3608318-0]
[4707e3efadde2f31178c3de6679799d99b673160aaeda98f2cedfa2074cdc743408e
032071e21e438a2f3d24a95b9f045c8d652297f50f440aee019450522ff6]]
**Document description:** Certificate of Service
**Original filename:** M:\BANKRUPT.CY\Scient\PDF\Cert of Service.Hearing.10.Notice.pdf
**Electronic document Stamp:**
[STAMP NYSBStamp_ID=842906028 [Date=11/17/2004] [FileNumber=3608318-1]
[49c80b88ba681354e33e81b36e0b834841efb131ec905dc2c6b80153a195cd1252aa
c0ec3eac0bff769e28e9e21463b0ded95a3699ebd580324bf28c462a0a5e]]

## 02-13455-ajg Notice will be electronically mailed to:

Jason R. Adams    jadams@torys.com,

Eric R. Allon    eallon@bgblaw.com,

Thomas P. Battistoni    tbattistoni@bpbmv.com,
mguercyadodo@bpbmv.com;mwagg@bpbmv.com;jbarker@bpbmv.com

Leslie Ann Berkoff    lberkoff@moritthock.com, hyellin@moritthock.com

Maria A. Bove    mbove@pszyj.com, njaramillo@pszyjw.com

Dustin Parker Branch    dustin.branch@kmzr.com,