# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF CONNECTICUT

```
-------------------------------------------------------------------x
iXL ENTERPRISES, INC.,                          :
                                                :
                    Plaintiff,                  :      Civil Action No.
                                                :      3:01 CV 2051 (CFD)
        - against -                             :
                                                :
GE CAPITAL EQUITY INVESTMENTS, INC., et al.     :
                                                :
                    Defendants.                 :
-------------------------------------------------------------------x      April 27, 2005
```

## NOTICE OF APPEAL

Pursuant to F.R.A.P. 4(a)(1) Aron Rosenberg hereby gives notice and appeals to the

United States Court of Appeals for the Second Circuit from the Ruling of March 31, 2005,

denying Mr. Rosenberg=s motion for relief from Order made pursuant to Fed. R. Civ. P. 60 and

motion to intervene made pursuant to Fed. R. Civ. P. 24.

The Ruling in this action was entered on March 31, 2005.

This appeal is being taken pursuant to the collateral order doctrine. *See Cohen v.*

*Beneficial Industrial Loan Corp.*, 337 U.S. 541 (1949)).

ARON ROSENBERG

By: _____

J. Daniel Sagarin CT04289
David A. Slossberg CT13116
**HURWITZ, SAGARIN & SLOSSBERG, LLC**
147 North Broad Street
Milford, Connecticut 06460
Telephone: (203) 877-8000
Fax: (203) 878-9800

- and-

Jeffrey S. Abraham CT15674
**ABRAHAM, FRUCHTER & TWERSKY, LLP**
One Penn Plaza, Suite 2805
New York, New York 10119-1910
Telephone: (212) 279-5050
Fax: (212) 279-3655

### Certificate of Service

      This is to certify that a copy of the foregoing was mailed, first class mail, on April 27, 2005 to:

J. Steve McGeeney, Esq.
James R. Bliss, Esq.
Paul Hastings  Janofsky & Walker
1055 Washington Boulevard
9th Floor
Stamford, CT  06901

James A. Lenes, Esq.
Douglas S. Skalka, Esq.
Neubert, Pepe & Monteith,  P.C.
195 Church St., 13th Floor
New Haven, CT  06510

Robert A. Horowitz, Esq.
Greenberg Traurig, LLP
885 Third Avenue
21ST Floor
New York, NY 10022

David A. Slossberg