## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| Aron Rosenberg | ) | Docket No.   3:01-cv-02051(CFD) |
| | ) | |
| | ) | USCA No.:   05-2104-cv |
| VS. | ) | |
| GE Capital Corp., et al. | ) | |

## INDEX TO RECORD ON APPEAL

| **VOLUME I** | **DOCUMENT NO.** |
|---|---|
| Certified Copy of Docket Sheet | A |
| Complaint (Doc.#1) filed 11/02/01 | 1 |
| Report of Parties Planning Meeting (Doc.#17) filed 01/28/02 | 2 |
| Motion to Dismiss (Doc.#25) filed 03/01/02 | 3 |
| Memorandum in Support of Motion to Dismiss (Doc.#26) filed 03/01/02 | 4 |
| Affidavit of Bliss re: Motion to Dismiss (Doc.#27) filed 03/01/02 | 5 |
| Memorandum in Opposition to Motion to Dismiss (Doc.#37) filed 05/09/02 | 6 |
| Notice of Voluntary Dismissal (Doc.#38) filed 05/10/02 | 7 |
| Reply Memorandum in Response to Motion to Dismiss (Doc.#40) filed 07/01/02 | 8 |
| Suggestion of Bankruptcy (Doc.#42) filed 10/15/02 | 9 |
| Appearance of Attorney for iXL Ent Inc (Doc.#46) filed 06/19/03 | 10 |
| Motion to Substitute Party (Doc.#47) filed 07/03/03 | 11 |
| Endorsement Denying Motion to Dismiss (No #) filed 09/08/03 | 12 |
| Endorsement Granting Motion to Substitute Party (No #) filed 09/08/03 | 13 |
| Notice to Counsel of Settlement (Doc.#48) filed 11/12/03 | 14 |

| | |
|---|---:|
| Motion to Appear Pro Hac Vice (Doc.#55) filed 01/08/04 | 15 |
| Motion to Appear Pro Hac Vice (Doc.#54) filed 01/09/04 | 16 |
| Motion to Stay Any Consideration of Settlement (Doc.#58) filed 01/22/04 | 17 |
| Motion to Intervene (Doc.#59) filed 01/22/04 | 18 |
| Memorandum in Support of Motion to Intervene (Doc. #60) filed 01/22/04 | 19 |
| Motion for Relief from Order (Doc.#61) filed 01/22/04 | 20 |
| Memorandum in Support of Motion for Relief (Doc.#62) filed 01/22/04 | 21 |
| Affidavit by Slossberg re: Motion for Relief from Order (Doc.#63) filed 01/22/04 | 22 |
| Affidavit by Sagarin re: Motion for Relief from Order (Doc.#64) filed 01/22/04 | 23 |
| Memorandum in Opposition by GE Capital, et al. (Doc.#68) filed 01/30/04 | 24 |
| Memorandum in Opposition by iXL Ent Inc. (Doc.#69) filed 01/30/04 | 25 |
| Supplemental Memorandum in Support (Doc.#70) filed 02/04/04 | 26 |
| Supplemental Memorandum in Opposition (Doc.#73) filed 02/05/04 | 27 |
| Minute Entry for Proceedings before Judge Droney (Doc.#74) filed 02/05/04 | 28 |
| Affidavit by Abraham re: Motion to Intervene (Doc.#75) filed 02/12/04 | 29 |
| Letter from John S. McGreeney (Doc.#76) filed 02/26/04 | 30 |
| Endorsement Order re: McGreeney Letter (Doc.#77) filed 02/26/04 | 31 |
| Letter from Jeffrey S. Abraham (Doc.#78) filed 02/26/04 | 32 |
| Endorsement Order re: Abraham Letter (Doc.#79) filed 02/26/04 | 33 |
| Letter from John S. McGreeney (Doc.#80) filed 02/26/04 | 34 |
| Endorsement Order re: McGreeney Letter (Doc.#81) filed 02/26/04 | 35 |
| Order of Judge Droney (Doc.#82) filed 09/27/04 | 36 |
| Letter from Elizabeth A. Crafts (Doc.#83) filed 12/23/04 | 37 |

| | |
|---|---|
| Endorsement Order re: Crafts Letter (Doc.#84) filed 12/23/04 | 38 |
| Ruling on Motions (Doc.#85) filed 03/31/05 | 39 |
| Notice of Interlocutory Appeal (Doc.#86) filed 04/27/05 | 40 |
| Clerk's Certificate | 41 |