UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| Aron Rosenberg | ) | Docket No.  3:01-cv-02051(CFD) |
| | ) | |
| | ) | USCA No.:  05-2104-cv |
| VS. | ) | |
| GE Capital Corp., et al. | ) | |

**SUPPLEMENTAL INDEX TO RECORD ON APPEAL**

| **VOLUME I** | **DOCUMENT NO.** |
|---|---|
| Affidavit of Bliss re: Motion to Dismiss (Doc.#41), filed 07/01/02 | 42 |
| Clerk's Certificate | 43 |