**UNITED STATES COURT OF APPEALS**
**FOR THE SECOND CIRCUIT**
THURGOOD MARSHALL U.S. COURT HOUSE
40 FOLEY SQUARE
NEW YORK 10007



FILED
2006 MAR 27 P 2: 24

Roseann B. MacKechnie
CLERK

Date:                 2/1/06
Docket Number:        05-2104-cv
Short Title:          Rosenberg v. GE Capital Corp.
DC Docket Number:     01-cv-2051
DC:                   DISTRICT OF CONNECTICUT (NEW HAVEN)
DC Judge:             Honorable Christopher Dro

## ITEMIZED AND VERIFIED BILL OF COSTS

Counsel for ___GE Capital Corp., et al.___
respectfully submits, pursuant to Rule 39 (c) of the Federal Rules of Appellate Procedure the within bill of costs and requests the Clerk to prepare and itemized statement of costs taxed against the
Appellant, Aron Rosenberg
and in favor of ___the Defendant-Appellees, GE Capital Corp., et al.___
for insertion in the mandate.

| | |
|---|---|
| Docketing Action | N/A |
| Costs of printing appendix (necessary copies _____) | N/A |
| Costs of printing brief (necessary copies __17__) | $360 |
| Costs of printing reply brief (necessary copies _____) | N/A |

**(VERIFICATION HERE)**

_Signature_

---

**STATEMENT OF COSTS**
Taxed in the amount of $__360.00__ in favor of
__Appellees__

FOR THE COURT:
ROSEANN B. MACKECHNIE, Clerk

MAR - 9 2006
   Date                    Tracy W. Young, Motions Staff Attorney

A TRUE COPY
Roseann B. MacKechnie, CLERK

by _____
    DEPUTY CLERK

CERTIFIED:    MAR - 9 2006

02/13/2006 15:36 FAX   12124817156          COUNSELPRESS                                      ☒002/003



COUNSEL PRESS

January 13, 2006

Paul Hastings Janofsky & Walker
1055 Washington Boulevard
Stamford, CT 06901
Attention: James B. Worthington, Esq.

Re: IXL Enterprises v. GE Capital.
USCOA – 2ND Circuit
Invoice # 5115957

### Bill of Costs

<u>Appellee's Brief</u>
| | | |
|---|---|---|
| 17 covers (binding included) | $ | 125.00 ✓ |
| 17 copies, 29 pages @ $0.47667 per page per copy | | 235.00 ✓ |
| 1 filing & 2 service | | 110.00 |
| Express Mail - Service 2 @ $18.00 | | 36.00 |
| Federal Express - To Client | | 17.00 |
| Respondent's Brief | $ | 523.00 |
| | | |
| Sub-Total | $ | 523.00 |
| Applicable Sales Tax | $ | 31.38 |
| Total | $ | 554.38 |

Counsel Press LLC  520 Eighth Avenue, 8th Floor  New York, NY 10018   212 685 9800 tel  212 447 1621 fax  www.counselpress.com

New York  Washington  Philadelphia  Boston  Buffalo  Woodbridge  Richmond  Los Angeles

## CERTIFICATION OF SERVICE

This is to certify that a copy of the foregoing Bill of Costs has been sent on February 14, 2006 by U.S. Mail postage prepaid to the following:

Attorneys for iXL Enterprises, Inc.:

Douglas S. Skalka
Neubert, Pepe & Monteith, P.C.
195 Church Street, 13th Floor
New Haven, CT  06510
Telephone No.:  203-821-2000


Attorneys for Aron Rosenberg:

Jeffrey S. Abraham, Esq.
Abraham, Fruchter & Twersky, LLP
One Penn Plaza, Suite 2805
New York, NY  10119

_____
James R. Bliss

LEGAL_US_E # 70527448.1

UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT
THURGOOD MARSHALL U.S. COURT HOUSE
40 FOLEY SQUARE
NEW YORK  10007

FILED

2006 MAR 27  P 2: 24

U.S. DISTRICT COURT
NEW HAVEN, CT

Roseann B. MacKechnie
CLERK

Date:              3/9/06
Docket Number:     05-2104-cv
Short Title:       Rosenberg v. GE Capital Corp.
DC Docket Number: 01-cv-2051
DC:                DISTRICT OF CONNECTICUT (NEW HAVEN)
DC Judge:          Honorable Christopher Dro

Dear Appeals Clerk:

Enclosed is a certified copy of the statement of costs filed 3/9/2006 in the above-entitled case.

The mandate was issued to your office on 2/22/2006.

Please include this statement of costs as part of the mandate by attaching it to the Summary Order    issued 2/1/2006.

Please acknowledge receipt of said copy of the statement of costs on the copy attached herewith and return to me.

Very truly yours,
Roseann B. MacKechnie, Clerk
By:
Satisha Gibbs
Deputy Clerk