UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
HARTFORD DIVISION

_____x
:
iXL ENTERPRISES, INC., : CASE NO. 3: 01:CV2051 (CFD)
               Plaintiff :
v. :
:
GE CAPITAL CORP, ET AL, :
               Defendant : September 19, 2006
_____x

## APPEARANCE

Please enter the appearance of the undersigned on behalf of the plaintiff

**IXL Enterprises, Inc.**, in the above-captioned matter.

 

Louis J. Testa (ct22342)
Neubert, Pepe & Monteith, P.C.
195 Church Street, 13th Floor
New Haven, Connecticut 06510
Tel. 203.821.2000 / Fax 203.821.2009
Email: ltesta@npmlaw.com