UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
HARTFORD DIVISION

---------------------------------------------------------x
                                                         :
iXL ENTERPRISES, INC.,              :     CASE NO. 3: 01:CV2051 (CFD)
                    Plaintiff       :
v.                                  :
                                    :
GE CAPITAL CORP, ET AL,             :
                    Defendant       :     September 26, 2006
---------------------------------------------------------x

CERTIFICATE OF SERVICE

    The undersigned hereby certifies that on the 26th day of September 2006, the Status Report of Counsel for iXL Enterprises, Inc. (Doc. #96) was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Dated: New Haven, Connecticut
       September 26, 2006

                                      BY: /s/ Louis J. Testa
                                          Louis J. Testa (ct22342)
                                          Neubert, Pepe & Monteith, P.C.
                                          195 Church Street, 13th Floor
                                          New Haven, Connecticut 06510
                                          Telephone 203.821.2000
                                          Facsimile 203.821.2009