# NEUBERT, PEPE & MONTEITH, P.C.

Attorneys At Law

| | | |
|---|---|---|
| Michael D. Neubert | Eric J. Stockman | |
| Gregory J. Pepe | Kevin M. Godbout | |
| Deborah Monteith Neubert | Cameron C. Staples | |
| Douglas S. Skalka | Gretchen G. Randall | |
| Judy K. Weinstein | Linda M. Pelechacz | |
| Peter T. Fay | Mark E. Stopa | |
| Andrew R. Lubin | Jason T. Prueher | |
| Robert T. Gradoville | Lucas B. Rocklin | |
| Nancy Bohan Kinsella | | |

Counsel:
Simon I. Allentuch
Louis J. Testa*
Maureen Sullivan Dinnan
*Admitted in New York

Of Counsel:
Sonja Goldstein

Eric I. B. Beller (1950-2002)

195 Church Street, 13th Floor
P.O. Box 1940
New Haven, Connecticut 06509-1940
Telephone (203) 821-2000
Facsimile (203) 821-2009

30 Jelliff Lane
Southport, Connecticut 06490
Telephone (203) 254-9332
Facsimile (203) 254-9239

*Reply to P.O. Box*
*www.npmlaw.com*

November 29, 2006

Honorable Christopher F. Droney
United States District Judge
450 Main Street
Hartford, Connecticut 06103

Re:   iXL Enterprises, Inc. v. GE Capital Equity Investments, et al.
       Civil Action No. 3:01cv2051 CFD

Dear Judge Droney:

This firm represents the plaintiff, iXL Enterprises, Inc. ("Plaintiff") in the above referenced action.

Pursuant to the Court's directive, this letter shall constitute a status report on the results of the hearing in the Plaintiff's bankruptcy case, on its Motion to Approve Compromise with the GE Defendants.

In order to permit discovery, the initial hearing scheduled for November 22, 2006 was continued and is being held today, November 29, 2006.

Please view this letter as a request that the Plaintiff be permitted to provide a follow up report on or before December 6, 2006.

Respectfully yours,

Louis J. Testa

LJT/eac