## NEUBERT, PEPE & MONTEITH, P.C.
Attorneys At Law

195 Church Street, 13th Floor
P.O. Box 1940
New Haven, Connecticut 06509-1940
Telephone (203) 821-2000
Facsimile (203) 821-2009

Michael D. Neubert
Gregory J. Pepe
Deborah Monteith Neubert
Douglas S. Skalka
Judy K. Weinstein
Peter T. Fay
Andrew R. Lubin
Robert T. Gradoville
Nancy Bohan Kinsella

Eric J. Stockman
Kevin M. Godbout
Cameron C. Staples
Gretchen G. Randall
Linda M. Pelechacz
Mark E. Stopa
Jason T. Prueher
Lucas B. Rocklin

Counsel:
Simon I. Allentuch
Louis J. Testa*
Maureen Sullivan Dinnan
*Admitted in New York

Of Counsel:
Sonja Goldstein

Eric I. B. Beller (1950-2002)

30 Jelliff Lane
Southport, Connecticut 06490
Telephone (203) 254-9332
Facsimile (203) 254-9239

*Reply to P.O. Box*
*www.npmlaw.com*

December 27, 2006

Via Federal Express

The Honorable Christopher F. Droney
U.S. District Judge
450 Main Street
Hartford, CT 06103

Re: iXL Enterprises Inc. v. GE Capital Equity Investments, Inc., et al
Civil Action No. 3:01CV2051 (CFD)

Dear Judge Droney:

Our firm represents the plaintiff in the above referenced action.

Enclosed herewith please find a Notice of Dismissal With Prejudice to be entered in this case.

As the Court may recall, on December 7, 2006, counsel for the plaintiff filed a Periodic Status Report in this case pursuant to prior order of the Court. At that time, the Court was advised that a settlement had been reached between the parties that was subject to approval by the Bankruptcy Court for the Southern District of New York.

I am pleased to report that the Bankruptcy Court approved the settlement and the appropriate time for aggrieved parties to appeal has expired without the filing of an appeal or a Motion to Stay implementation of the settlement. A material term of the settlement is the filing of the enclosed Notice of Dismissal.

*The Clerk shall docket this letter and attached Notice of Dismissal with Prejudice and include them in the court's file.*

*Christopher F. Droney*
*United States District Judge*
*12/28/06*

Page 2.
Judge C. Droney

On December 20, 2006, however, the Court entered an Order, *sua sponte*, dismissing the case in light of the reported settlement and anticipated Bankruptcy Court approval. That Order indicated that counsel may move to reopen the case within the next 60 days.

On December 26, 2006, I spoke with a representative of the Court and was informed that we could file the Notice of Dismissal via a letter in lieu of the filing of a Motion to Reopen.

Accordingly, please view this letter as a request that the Court reopen the proceeding for the limited purpose of filing the Notice of Dismissal, thereby dismissing the case as agreed between the parties and approved by the Bankruptcy Court.

Please do not hesitate to contact me if you have any questions with regard to the foregoing or require further information on this matter.

                            Respectfully submitted,

                            Louis J. Testa

LJT/jh
Encls.