UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
HARTFORD DIVISION

_____x
                                    :
                                    :
iXL ENTERPRISES, INC.               :    CIVIL ACTION NO
                                    :    3:01cv2051(CFD)
        Plaintiff                   :
                                    :
    v.                              :
                                    :
GE CAPITAL EQUITY INVESTMENTS,      :
INC., ET AL                         :
                                    :
        Defendants                  :
_____x

### NOTICE OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, and no answer or motion for summary judgment having been served, the Plaintiff, iXL Enterprises, Inc., hereby dismisses the above-captioned action, with prejudice and without costs to any party.

Dated this 27th day of December 2006
    New Haven, Connecticut

                            iXL ENTERPRISES, INC.
                            PLAINTIFF

                            BY: _____
                            Louis J. Testa (ct22342)
                            Neubert, Pepe & Monteith, P.C.
                            195 Church Street, 13th Floor
                            New Haven, Connecticut 06510
                            Telephone 203.821.2000
                            Facsimile 203.821.2009